United States District Court
District of Connecticut

FILED
2004 FEB -9 P 3:02

James McKinnon    Case 3:02CV2068(CFD)(TPS)
100 770
Plaintiff

V.                                February 2, 2004

Saundra Leak, ETaL
"And Others"

Individul Capacity Defendants


Plaintiff James McKinnon pro,se moves this court Respectfully for one copy of Fouth amended complaint to enable the U.S. Marshal to effect service on the defendants; Court has original. Also plaintiff was without prison counselor assist with making copies, at this time plaintiff can complete copies properly, Thanks to court order December 11, 2003 Case McKinnon v. Delgado, ETaL case 3:03CV71(JBA)(JGm)

Also plaintiff opolligize for this inconvenience.

Plaintiff pro,se request not to be held to the same standards as an attorney please.

By× James Lee McKinnon
James Lee McKinnon prose
Macdougall-Walker Unit
1153-East Street South
Suffield Connecticut
06078

## Certificate

James McKinnon
   100770
   Plaintiff

V.

Saundra Leak, ETaL
"And Others"

Plaintiff above certify through this attachment that this claim to be true and to the best of my ability on this 2 Day of February, 2004

By: *James Lee McKinnon*
James Lee McKinnon prose
MacDougal Walker Unit
1153- East Street South
Suffield Connecticut
06078