UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON

    V.

SAUNDRA LEEK, et al.

PRISONER
CASE NO. 3:02CV2068 (CFD) (TPS)

### RULING ON PENDING MOTION

The plaintiff asks the court to send him a copy of the amended complaint to enable him to make the necessary copies to submit to the court for service of the amended complaint. The plaintiff's Motion [**doc. # 34**] is **GRANTED**. The Clerk is directed to send the plaintiff one copy of the operative amended complaint [doc. # 34].

SO ORDERED in Hartford, Connecticut, this 12th of February, 2004.

Thomas P. Smith
United States Magistrate Judge