United States District Court
District of Connecticut

FILED
2004 MAR 22 P 4: 26
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon,      Civil no. 3:02cv2068

vs.                  (CFD)(TPS)

Saundra Leak, et al      March 14, 2004
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Defendants   Individual Capacity

Plaintiff motion To Amend Complaint To add (ADA) Claim Rule 145 F.R.D. 339 348 S.N.Y. 1993 permitting prisoner's To Amend Complaint To add an (ADA) claim. Also Memorandom, Also To Respell defendant Sandi Orleman first name.

1. Plaintiff James McKinnon pro,se respectfully motion that under this short concise statement be amended to the material facts that was submitted with the form going Amended Compliant.
"Defendant Sandi Orleman."

Bx James Lee McKinnon
James Lee McKinnon
MacDougall-Walker
1153-East Street South
Suffield CT 06078

## Certification

I Certify Though This aTTachmenT This claim To be True and To The best of my obiliTy on This <u>14Th</u> Day oF March, 2004

DefendanTs Individual CapaciTy

Saundra Leak, ETaL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

By x _James Lee McKinnon_
James Lee McKinnon prose
macDougall-Walker
1153 - EasT STreeT SouTh
SuFField ConnecTicuT
06078