# United States District Court
# District of Connecticut

**FILED**
2004 MAY -3 P 4:13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:02CV2068
                              (CFD)(TPS)
   VS.

Saundra Leak, ETaL
Sandi Orleman          April 29, 2004
Todd Bogdanoff
Helen Dorsey

Defendants Individual Capacity?

1. Plaintiff motion for court to provide the $150.00 a check submitted from Plaintiff institutional account was authorized for case McKinnon vs. James Civil no 3:03CV2274 (SRU) a filing fee, Exhibit 'A' payee information from inmate account.

2. Plaintiff case 3:02CV2068 McKinnon vs. Leak ETaL, was a request to proceed without payment of fees, that was ordered granted on DaTeT 2-10-03-, This is a error by inmate account.

By: James Lee McKinnon
James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

Exhibit "A" James McK...

# Special Request Form
## Connecticut Department of Correction

**SRF**

| Inmate No. 100770 | Date 4-1-2004 |

Inmate Name: James McKinnon

### Payee Information

Name: Deputy Clerks U.S. Court House
Street: 915 Lafayette (Blvd)
City: Bridgeport Connecticut
State, Zip Code: CT 06604

Reason: Filing fee case 3:03cv274(SRU)

Amount $ 150.00 one hundred fifty

Inmate Signature (in presence of counselor): James McKinnon

APPROVAL STAMP:

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

## Certification

I Certify Though This attachment This claim To be True and To The best of my obility on This <u>29Th</u> Day of April, 2004

Defendands Individual Capacity

Saundra Leak ETaL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

By x *James Lee McKinnon*
James Lee McKinnon Prose
MacDougall-Correctional
1153-East Street South
Suffield CT 06080