UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 10 P 3: 29

JAMES MCKINNON

U.S. DISTRICT COURT

V.                                                    CASE NO. 3:02cv2068 (CFD) (TPS)

SAUNDRA LEEK, et al.

## RULING ON PENDING MOTION

Pending is the plaintiff's motion seeking to have the court apply the $150.00 check submitted to the court by the Department of Correction in this case to the filing fee in another case, <u>McKinnon</u> <u>v. James</u>, Case no. 3:03cv2274 (SRU). The plaintiff claims that the court granted him leave to proceed <u>in forma pauperis</u> in this case and that the $150.00 check was filed in this case in error.

The plaintiff did move for leave to proceed <u>in forma pauperis</u> in this action. On February 11, 2003, the court granted the plaintiff to proceed <u>in forma pauperis</u> with the understanding that the Department of Correction would deduct money from his prisoner account to apply to the $150.00 filing fee. The plaintiff signed a prisoner authorization form on January 31, 2003, granting the Department of Correction permission to remove money from his prisoner account to pay the filing fee in this action. (<u>See</u> doc. # 3.) The Department of Correction has represented that the $150.00 check submitted to the court was the payment of the $150.00 filing fee due in this case. Accordingly, the plaintiff's Motion [**doc. # 37**] seeking to have the court apply the $150.00 check to another case is **DENIED.**

IT IS SO ORDERED.

Dated at Hartford, Connecticut this 10th day of May, 2004.


/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge

2