UniTed STaTes DisTFILED
CourT
2004 MAY 27 P 2: 55
DisTricT of ConnecTicuT
U.S. DISTRICT COURT
BRIDGEPORT CONN

James McKinnon Civil no. 3:02CV2068

VS.                              (CFD)(TPS)

Saundra Leak; ETaL          may 20, 2004
"And Others"

DefendanTs Individual Capacity


PlainTiff moTion is To Court Ruling
on May 10, 2004 To PlainTiff moTion
To have filing fee move To anoTher
case, McKinnon V. James 3:03CV2274(SRU).


1. I James McKinnon PlainTiff moTion in
The above capTioned matTer respecTfully
moves The courT for immediate relief in The
form of an injunncTion barring ConnecTicut
DeparTment of CorrecTion from furTher Keeping
The deducTion on 03/24/2004 forma
pauperis $150.00 TransacTion DescripTion
02242003, ThaTs The February 11, 2003 I
signed a prisoner auThorizaTion — By v James McKinnon
James McKinnon prose
MacDougall Correctional
1153-East StreeT SouTh
Suffield CT 06080

Department of Correction To remove money From my prisone account To pay The filing fee in This action. It's $150.00 Deduction on 03-24-04 iTis DeD in my Account For the case 3:02CV2068.

2. PlainTiff motion also seeking To have The court apply The $150.00 check submitted To The court For Filing fee in case McKinnon V. James 3:03CV2274 (SRU)

3. PlainTiff Check To Department of Correction 03-24-2004 by mail For $750.00•To court $150.00 came out For On February 11, 2003 Case 3:02CV2068 (CFD)(TPS) To The granted proceed in forma pauperis with my understanding That The money come out my account to apply To The $150.00 Filing fee.

4. This inmate account miss Diane Poskow on plainTiff request payee information That came out 05-4-2004 was down To court case 3:03CV-2274 (SRU)——— The inmate account Diane Poskow has iT For forma pauperis! This case was not granted To proceed without fee That's howcome plainTiff Sent Them The money For court Exhibit 'B' iT has case number.

By James McKinnon
James McKinnon prose
MacDougall - Correctional
1153-East Street South
Suffield CT 06080

T R U S T   A C C O U N T   S T A T E M E N T

*James mckin)* Exhibit 'A'

DOC:  0000100770      Name: MCKINNON, JAMES LEE           DOB: 11/09/1961
LOCATION: 137-H

                                                    Max Date:
ACCOUNT BALANCES  Total :      13.59   CURRENT:     13.59  HOLD:      0.00

                          01/13/2004      05/13/2004
SUB ACCOUNT             START BALANCE   END BALANCE
PLRA                         8.00           8.00
SPENDABLE BALANCE            0.08           5.59

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

Exhibit
303cv2068
February
11-2003

TRANSACTION DESCRIPTIONS --                          PLRA  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/24/2004 | DED | Deduction-PLRA-02242003 | 150.00 | 158.00 |
| 04/05/2004 | WPLRA | PLRA Payment 3:03-CV-2068 | (150.00) *legal fees* | 8.00 |
| 05/04/2004 | WPLRA | PLRA 3:02-CV-2068 Not 3:03-CV-2068 | 0.00 | 8.00 |
| 05/04/2004 | WPLRA | REV GJ#2845547 PLRA: 3:02-CV-2068 Not 3: | 0.00 | 8.00 |

TRANSACTION DESCRIPTIONS --                  SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/15/2004 | WFMD | Med Dental Fee 125  111803 | ( 0.08) | 0.00 |
| 03/24/2004 | DMR | Mail Receipts 137 | 750.00 | 750.00 |
| 03/24/2004 | DED | Deduction-PLRA-02242003 | ( 150.00) | 600.00 |
| 03/26/2004 | CRS | CRS SAL ORD #2366673 D1 | ( 71.13) | 528.87 |
| 03/30/2004 | CRS | CRS SAL ORD #2370365 D1 | ( 57.69) | 471.18 |
| 04/01/2004 | CEC | CEC SAL ORD #2366673 | 2.75 | 473.93 |
| 04/02/2004 | CRS | CRS SAL ORD #2380185 D1 | ( 46.30) | 427.63 |
| 04/06/2004 | CRS | CRS SAL ORD #2384355 D1 | ( 20.65) | 406.98 |
| 04/07/2004 | WCOP | Copies 137 | ( 8.00) | 398.98 |
| 04/08/2004 | CRS | CRS SAL ORD #2392202 D1 | ( 2.51) | 396.47 |
| 04/13/2004 | CRS | CRS SAL ORD #2397261 D1 | ( 23.93) | 372.54 |
| 04/14/2004 | WFMS | Med Sick Fee 137  040804 | ( 3.00) | 369.54 |
| 04/14/2004 | CEC | CEC SAL ORD #2397261 | 23.93 | 393.47 |
| 04/15/2004 | WCOP | Copies 137 | ( 1.50) | 391.97 |
| 04/15/2004 | WPOS | Postage 137 | ( 0.37) | 391.60 |
| 04/16/2004 | CRS | CRS SAL ORD #2405784 D1 | ( 30.71) | 360.89 |
| 04/16/2004 | WSR | Special Request - 137 | ( 125.00) | 235.89 |
| 04/16/2004 | WSR | Special Request - 137 *It went to* | ( 150.00) | 85.89 |

*Write to*

*Diane Paskow — inmate account   Wethersfield*

DOC:  0000100770     Name: MCKINNON, JAMES LEE
LOCATION: 137-H                                                     DOB: 11/09/1961

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 04/23/2004 | CRS | CRS SAL ORD #2418535 D1 | (    43.11) | 42.78 |
| 04/30/2004 | CRS | CRS SAL ORD #2430546 D1 | (     6.44) | 36.34 |
| 05/07/2004 | CRS | CRS SAL ORD #2444564 D1 | (    30.75) | 5.59 |

EXHIBIT (B) 1

SRF

### Special Request Form
### Connecticut Department of Correction

| Inmate No. 100770 | Date 4-1-2004 |
|---|---|

Inmate Name James McKinnon

**Payee Information**

Name Deputy Clerks U.S. Court House

Street 915 Lafayette (BILD)

City Bridgeport Connecticut

State, Zip Code CT 06604

Reason Filing Fee case 3:03CV2274 (SRU)

Amount $ 150.00 one Hundred Fifty

Inmate Signature
(in presence of counselor) James Lee McKin

Counselor Signature:
Date:

Approval:

Counselor Supervisor:

Warden/Dep. Warden

APPROVAL STAMP: **APPROVED**

**Business Office Use Only:**

| | Number | Amount | Date |
|---|---|---|---|
| Check | | | |

Business Office Staff Releasing Funds
Date

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

Exhibit C    Jane McKinnon

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

JAMES MCKINNON

2004 MAY 10 P 3: 29

v.

CASE NO. 3:02cv2068(CFD) (TPS)

U.S DISTRICT COURT
PRISONER

SAUNDRA LEEK, et al.

<u>RULING ON PENDING MOTION</u>

Pending is the plaintiff's motion seeking to have the court apply the $150.00 check submitted to the court by the Department of Correction in this case to the filing fee in another case, <u>McKinnon v. James</u>, Case no. 3:03cv2274 (SRU). The plaintiff claims that the court granted him leave to proceed <u>in forma pauperis</u> in this case and that the $150.00 check was filed in this case in error.

The plaintiff did move for leave to proceed <u>in forma pauperis</u> in this action. On February 11, 2003, the court granted the plaintiff to proceed <u>in forma pauperis</u> with the understanding that the Department of Correction would deduct money from his prisoner account to apply to the $150.00 filing fee. The plaintiff signed a prisoner authorization form on January 31, 2003, granting the Department of Correction permission to remove money from his prisoner account to pay the filing fee in this action. (<u>See</u> doc. # 3.) The Department of Correction has represented that the $150.00 check submitted to the court was the payment of the $150.00 filing fee due in this case. Accordingly, the plaintiff's Motion [**doc. # 37**] seeking to have the court apply the $150.00 check to another case is **DENIED.**

Exhibit C) Jane McK[...]

IT IS SO ORDERED.

Dated at Hartford, Connecticut this 10th day of May, 2004.


                              /s/ Thomas P. Smith
                              Thomas P. Smith
                              United States Magistrate Judge

2

Plaintiff certifices through this attachment that this claim to be true and to the best of my obility on this 20th Day of may 2004

Defendants Individual Capacity

"Saundra Leak, ETal
"And Others"

By x James Lee Mckinnen

James Lee McKinnen pros
macDougall Correctional
1153-East Street South
Suffield connecticut
06080