United States District Court
District of Connecticut

**FILED**
2004 JUN 17 P 5:20
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:02CV2068
                                    (CFD)
VS.

Saundra Leak; ETAL    June 14, 2004
"And Others"

Defendants Individual Capacity

Plaintiff Motion Seeking To have Court Provide receipt from filing fee paid By Department of Correction, Also please attache copy of check.

By /s/ James McKinnon
    James McKinnon prose

## Certification

I Certify Though This attachment This Claim To be True and To The best of my obility on This <u>14 Th</u> Day of June 2004,

Defendants Individual Capacity

Saundra Leak; ETAL
"And Others"

By: James McKinnon
James McKinnon prose