# United States District Court

## District of Conneticut

FILED

2004 JUN 21  P 4: 41

U.S DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon      Civil no. 3:02cv2068

VS.                            (CFD)(TPS)

Saundra Leak. ETal          June 9, 2004
Sandi      Orlerhan
Todd       Bogdanoff
Helen      Dorsey
Defendants          Individual   Capacity


Plaintiff Motion seeking to have the court apply the filing fee $150.00 submitted to the court by the Department of Correction; to another case. McKinnon vs. James, Case no. 3:03cv2274 (SRU).


1. Plaintiff James McKinnon prose, respectfully motion that under this short concise statement of material facts submitted with the forth going motion be granted to proceed.

James McKinnon
James McKinnon

2. PlainTiff Support of payment deducTon
03/24/2004 fora Pauperis $150.00 PlainTiff
authorized This To come out prison inmate
account for Case's field

Field-11/20/02-Case 3:02CV2068 (CFD,—
Field-12/9/02-Case 3:02CV2164 (AWT,—
Field-12/27/02-Case 3:02CV2305 (WWE,—
Field-12/27/02-Case 3:02CV2306 (WWE)
Field-12/31/02-Case 3:03CV2317 (JCH)
Field-1-/2/03-Case 3:03CV17 (RNC,
Field 1-/9/03-Case 3:03CV71 (JBA,
Field 1-/2/03-Case 3:03CV72 (WWE)
Field  ?      Case 3:03CV158 (JCH,
Field        Case 3:03CV260 (AWT,

PlainTiff chech PLRA pament is on ExhibiT A1
ExhibiT A-2 ThaT was befor request ThaT came
4/5/2004 Special Request To direcTly McKinnon
V. James case 3:03-CV2274(SRU),

3. Then a problem came when inmate account sent
   my payment To courT again $150.00 out my account
   To case ThaT was deducT on 03/24/2004 To case's
   in forma pauperis; ThaT was noT PlainTiff
   request please see ExhibiT B-1 ExhibiT B-2
   ExhibiT B-3 Inmate request To inmate account
   for reason pament Special information.

By James Lee McKin—

Respectfully Submitted

*James Lee McKinnon*

James lee mcKinnon
M.W.C.I
1153 East Street South
Suffield CT, 06080


## Certification

I hereby certify That The Foregoing motion To be True and To The best of my ability on This 9, m, Day June. 2004,.

Defendants
Saundra Leak. ETAL
Sandi    Orleman
Todd     Bogdanoff
Helen Dorsey

By *James Lee McKinnon*
James lee mcKinnon prose



Exhibit I - A

# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL M-1-2-Cell          DATE 5-21-2004

INMATE NAME Jame McKinnon          NUMBER 100 770

REQUEST Diane Paskow Inmate Account office
I Request The copy I authorized To proceed informa pauperis;
Handling on-03-24-2004 Deduction-02242003 for $150.00 The check
apply To case's granted To proceed with out Prepayment.

Field-11-20-02-Case-3:02cv2068 cFD) (filed-12-9-02-Case-3:02cv2164 RwT)
Field-12-27-02-Case-3:02cv2305 wwE) filed-12-27-02-Case-3:02cv2305
wwE) filed-12-31-02-Case-3:03cv2317 JcH) filed-1-2-03-Case-
3:03cv71 Rnc) filed-1-9-03-Case-3:03cv71 JBA) filed-1-2-03
Case-3:03cv72 wwE) Case-3:03cv158 JcH) Case-3:03cv2604

**(CONTINUE ON BACK PAGE IF NECESSARY)**

PREVIOUS ACTIONS TAKEN_____

_____

_____

**(CONTINUE ON BACK PAGE IF NECESSARY)**

SUBMITTED TO_____ DATE RECEIVED_____

ACTED ON BY_____

ACTION TAKEN AND/OR RESPONSE_____

_____

_____ Please see attached letter _____

_____

_____

_____

_____

**(CONTINUE ON BACK PAGE IF NECESSARY)**

DATE OF RESPONSE TO INMATE_____ 5/28/04

SIGNATURE OF STAFF MEMBER_____ dmpewen

**(REVISED 6/2001)**

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

915, Lafayette, Blvd  Bridgeport  **District of** Connecticut, 06604

James L. McKinnon

**Plaintiff**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

v.

Saundra. Leek, P.S.W
Sandy Orleman, nurse

**Defendant**

**PRISONER**

CASE 3:02CV2068CCFD)

I, James L. McKinnon, Jr _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your Garner Correctional Istitution' 50 Nunnawauk.
   PO Box 55 newtown, ct 06470-5500

   Are you employed at the __no__ Do you receive any payment from the __none__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   answer is "Yes," state the amount of your take-home salary or wages and pay period and
   ne name and address of your employer.

   answer "No," state the date of your last employment, the amount of your take-home
   or wages and pay period and the name and address of your last employer. Disability
   s.s.n Di

   t 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | ...ess, profession or other self- | ☐ Yes | ☒ No |
   | ...payments, interest or dividends | ☐ Yes | ☒ No |
   | ...ons, annuities or life insurance | ☐ Yes | ☒ No |
   | ...ility or workers compensation payments | ☐ Yes | ☒ No |
   | ...or inheritances | ☐ Yes | ☒ No |
   | ...other sources | ☐ Yes | ☒ No |

   wer to any of the above is "Yes," describe, on the following page, each source of money
   the amount received and what you expect you will continue to receive.

Copy To U.S. court Deput Clerks

2 of 5

Motion GRANTED. It is So Ordered. JMC

2/10/03

Holly B. Fitzsimmons, USMJ

FILED

2003 FEB 11
U.S. DISTRICT COURT
BRIDGEPORT CT

Exhibit

A - 2

WAMA115            CONNECTICUT DEPARTMENT OF CORRECTION                OTRTASTA
                                                                4.10.0.0.9 TR
          T R U S T   A C C O U N T   S T A T E M E N T

 DOC:  0000100770    Name: MCKINNON, JAMES LEE *Exhibit A-2 James McT*   DOB: 11/09/1961
 LOCATION: 137-Q

                                              Max Date:

 ACCOUNT BALANCES  Total :      686.87   CURRENT:    686.87   HOLD:       0.00

                        09/26/2003    03/26/2004

 SUB ACCOUNT                  START BALANCE    END BALANCE
 PLRA                              8.00           158.00
 SPENDABLE BALANCE                14.50           528.87

                    DEBTS AND OBLIGATIONS

 TYPE    PAYABLE                INFO NUMBER     AMOUNT OWING   AMOUNT PAID

          TRANSACTION DESCRIPTIONS --                  PLRA SUB-ACCOUNT
 DATE         TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT
                                                              BALANCE
 03/24/2004   DED   Deduction-PLRA-02242003          150.00    158.00

          TRANSACTION DESCRIPTIONS --       SPENDABLE BALANCE SUB-ACCOUNT
 DATE         TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT
                                                              BALANCE
 09/30/2003   CRS   CRS SAL ORD #2000236 D2     (    14.32)      0.18
 10/06/2003   CEC   CEC SAL ORD #2000236             14.32      14.50
 10/14/2003   CRS   CRS SAL ORD #2025565 D2     (    13.18)      1.32
 12/17/2003   CRS   CRS SAL ORD #2164991 D1     (     0.73)      0.59
 12/18/2003   CEC   CEC SAL ORD #2164991               0.73      1.32
 12/24/2003   CRS   CRS SAL ORD #2182639 D1     (     1.24)      0.08
 03/15/2004   WFMD  Med Dental Fee  125  111803 (     0.08)      0.00
 03/24/2004   DMR   Mail Receipts  137             750.00     750.00
 03/24/2004   DED   Deduction-PLRA-02242003      (  150.00)    600.00
 03/26/2004   CRS   CRS SAL ORD #2366673 D1     (    71.13)    528.87

Exhibit

B 1

# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

ExhibiT B-4 James McK___

HOUSING/UNIT/CELL __H-2-57__          DATE __4-24-04__
INMATE NAME __James McKinnon__          NUMBER __100770__
REQUEST __InmaTe Account! I'd like To know how come my money wenT ouT on 3:03 CV 2068, and my requesT was a filing fee for case 3:03 CV 2274 SRU). is iT a Reason you chang my payee information? and a was The motion with The money To The courT?__

__Thank you also I request a copy of my Account.__

(CONTINUE ON BACK PAGE IF NECESSARY)

PREVIOUS ACTIONS TAKEN_____

(CONTINUE ON BACK PAGE IF NECESSARY)

SUBMITTED TO_____          DATE RECEIVED_____
ACTED ON BY_____
ACTION TAKEN AND/OR RESPONSE_____
__Please be advised that PLRA payments are paid in the order they are received. The drive that was paid should have read 3:02-CV-2068, not 3:03-cv-2068. The Court has been advised. The Court has advise me that case # 3:03-CV-2274 has to be paid in full. You were not authorized to pay it partially therfore, we have no record of it.
If you want to pay it in full, you must do so by Special Request out of your spendable balance funds. Attach a copy of the filing fee paperwork so the court can apply it to the correct case__

(CONTINUE ON BACK PAGE IF NECESSARY)

__To date no request has been received to pay your filing fee.__
DATE OF RESPONSE TO INMATE__ 5/4/04__
SIGNATURE OF STAFF MEMBER__ am pastcow__

**(REVISED 6/2001)**

Copy To U.S. courT DepuT Clerks

3 of 5

Exhibit

B-2

Exhibit-B-2 *James McKinn___*

Authorized for case no.
3:03CV2274(SRU) not
For inmate Account To
Chang information To
a case That's granted To
proceed without payment
of Fees, That's deduction
Description no is 02242003
Case-3:03-CV2068

Copy To U.S court Deput Clerks

5-of 5



*Dated 4/13/04 (mr)*

DOC: 0000100770      Name: MCKINNON, JAMES LEE              DOB: 11/09/1961
LOCATION: 137-Q

*ExhibiT B-3*  *James McK___*

                                                      Max Date:

ACCOUNT BALANCES  Total :      380.54    CURRENT:    380.54   HOLD:      0.00

                        10/13/2003      04/13/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| PLRA | 8.00 | 8.00 |
| SPENDABLE BALANCE | 14.50 | 372.54 |

                        DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

           TRANSACTION DESCRIPTIONS --                    PLRA  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/24/2004 | DED | Deduction-PLRA-02242003 | 150.00 | 158.00 |
| 04/05/2004 | WPLRA | PLRA Payment  3:03-CV-2068 | ( 150.00) | 8.00 |

           TRANSACTION DESCRIPTIONS --           SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/14/2003 | CRS | CRS SAL ORD #2025565 D2 | ( 13.18) | 1.32 |
| 12/17/2003 | CRS | CRS SAL ORD #2164991 D1 | ( 0.73) | 0.59 |
| 12/18/2003 | CEC | CEC SAL ORD #2164991 | 0.73 | 1.32 |
| 12/24/2003 | CRS | CRS SAL ORD #2182639 D1 | ( 1.24) | 0.08 |
| 03/15/2004 | WFMD | Med Dental Fee  125  111803 | ( 0.08) | 0.00 |
| 03/24/2004 | DMR | Mail Receipts  137 | 750.00 | 750.00 |
| 03/24/2004 | DED | Deduction-PLRA-02242003 | ( 150.00) | 600.00 |
| 03/26/2004 | CRS | CRS SAL ORD #2366673 D1 | ( 71.13) | 528.87 |
| 03/30/2004 | CRS | CRS SAL ORD #2370365 D1 | ( 57.69) | 471.18 |
| 04/01/2004 | CEC | CEC SAL ORD #2366673 | 2.75 | 473.93 |
| 04/02/2004 | CRS | CRS SAL ORD #2380185 D1 | ( 46.30) | 427.63 |
| 04/06/2004 | CRS | CRS SAL ORD #2384355 D1 | ( 20.65) | 406.98 |
| 04/07/2004 | WCOP | Copies  137 | ( 8.00) | 398.98 |
| 04/08/2004 | CRS | CRS SAL ORD #2392202 D1 | ( 2.51) | 396.47 |
| 04/13/2004 | CRS | CRS SAL ORD #2397261 D1 | ( 23.93) | 372.54 |

AuThorized For Case 3:03 CV 2274 iT's on
requesT Form Reason Filing Fee and
SignaTure daTe 4-1-2004

Copy To U.S.courT DepuT Clerks



4 oF 5