UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON

V.

SAUNDRA LEEK, et al.

CASE NO. 3:02cv2068 (CFD) (TPS)

## RULING ON PENDING MOTION

Pending is the plaintiff's motion seeking to have the court apply the $150.00 check submitted to the court by the Department of Correction in this case to the filing fee in another case, McKinnon v. James, Case no. 3:03cv2274 (SRU). On 2004, the court denied an identical motion filed by the plaintiff. The court explained that in February 2003, the court granted the plaintiff to proceed in forma pauperis in this case with the understanding that the Department of Correction would deduct money from his prisoner account to apply to the $150.00 filing fee. The plaintiff signed a prisoner authorization form on January 31, 2003, granting the Department of Correction permission to remove money from his prisoner account to pay the filing fee in this action. (See doc. # 3.) The Department of Correction has represented that the $150.00 check submitted to the court was the payment of the $150.00 filing fee due in this case. The exhibits attached to the plaintiff's motion also indicate the check received by the court from the Department of Correction on April 8, 2004, was a payment for the filing fee in this case. The plaintiff's inmate account statement notes a deduction from the plaintiff's account for the $150.00 filing fee in this case on March

24, 2004. Accordingly, the plaintiff's motion seeking to have the court apply the $150.00 check received in this case to another case is denied.[1]

The plaintiff also seeks as well as a copy of the $150.00 check received in this case and a copy of the receipt for the $150.00 check. The plaintiff does not indicate that he has asked for a copy of the check from the Department of Correction. With respect to the court's receipt for the check, the plaintiff does not indicate that he is unable to pay the cost of copying the receipt. Accordingly, the plaintiff's motion is denied without prejudice. The cost of copying court documents is fifty cents per page. If plaintiff has sufficient funds to pay for a copy of the receipt, he must submit **50** cents (cash, money order or bank check made payable to the Clerk of Court) to the Clerk's Office, 915 Lafayette Blvd., Bridgeport, Connecticut, 06604, along with a letter indicating that he seeks a copy of the receipt. If he is unable to pay for a copy of the receipt, he may renew his motion accompanied by a copy of his current inmate account statement.

## Conclusion

---

[1] The filing fee has also been received by the court in another case filed by the plaintiff McKinnon v. Strange, Case no. 3:03-2271 (WWE). The Clerk's Office has advised the plaintiff that if he seeks to have the filing fee received in that case applied to McKinnon v. James, Case no. 3:03cv2274 (SRU), he must file a motion in case . To date, the plaintiff has not filed a motion seeking that relief in case.

Motion [**doc. # 41**] seeking to have the court apply the $150.00 check to another case is **DENIED** with prejudice. The Motion for a Copy of the Check and Receipt [**doc. # 40**] is **DENIED** without prejudice.

SO ORDERED at Hartford, Connecticut, this 2nd of August, 2004.

_____
Thomas P. Smith
United States Magistrate Judge