United States District Court

District of Connecticut

2004 NOV -2 P 5:20

James McKinnon   Civil no 3:02CV2068

V.                           (CFD) (TPS)

Saundra Leak. ETAL
Sandi Orleman                October 29, 2004
Todd Bogdanoff
Helen Dorsey
Defendants              Individual Capacity

Plaintiff motion is to stop Amended Complaint that's not properly filed with The Plaintiff witness statements reason I don't understand the court order dated October 12, 2004 with a case number of 3:02CV2305 WWE HBF that I was said to Served Assistant Attorney Genrals Lynn D. Wittenbrink and Perry A. Zinn Rowthorn appear not to be pleading original supply on november 20. 02, Plaintiff Amended Complaint has the date of October 28, 2004.

Respectfully submitted seeking court to remove another case numoer received. number 3:02CV2305(WWE)(HBF)

Respectfully
Plaintiff
By: James McK
James McKinnon prose

## Certification

I certify though this attachment this claim to be true and to the best of my ability on this 29th Day of October 2004

Defendants Individual Capacity

Saundra Leak. ETA
Sandi     Orleman
Todd      Bogdanoff
Helen     Dorsey

Respectfully
Plaintiff
By x /James McK___
James McKinnon
Corrigan Radgowski
Correctional Center
986, Norwich New London
Uncasville, CT
06382

*Exhibit* [signature]

James McKinnon  3:02cv2305(WWE)(HBF)
Inmate  100770
Corrigan/Radgowski Correctional Institut    request remove
986 Norwich/New London Turnpike
Uncasville, CT 06382

**Note:** You may receive notice that the court has electronically filed an order. You also may receive documents or orders that have an electronic signature, which appears as "/s/" on the signature line. These documents are properly filed.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------x

JAMES MCKINNON

vs.                                          :Civil No. 3:02cv2305(WWE)(HBF)

SAUNDRA LEAK, ET AL

------------------------------------------------x

*Exhibit*

FILED
2004 OCT 20 P 3: 52
PRISONER
U.S. DISTRICT COURT
BRIDGEPORT, CONN

*request remove*

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>MOTION TO AMEND COMPLAINT;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)
   _ No certificate of service attached to pleading
   ✔ Certificate of service fails to list names and addresses of all parties served (Asst. Attorneys General Lynn D. Wittenbrink and Perry A. Zinn Rowthorn have filed Appearances in this matter);
   _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. _ L.R.10
   _ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.68    Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other    ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 10/12/04                              _____
                                            United States Magistrate Judge

(mel)

rev. 1/1/03