# United States District Court
## District of Connecticut

James McKinnon          Civil no  3:02CV2068 (CFD)
V.
Sundar Leak, ETAL       November 12, 2004

## Defendants Individual Capacity

Plaintiff James McKinnon prose Respectfully moves the court for immediate relief in the form of an preliminary injunnction barring this Connecticut Department of Correction from further hindered my efforts to pursue Legal Complaints in United States District Court.

For example I plaintiff respectfully have 9" open complaint in this court and I must present the mail in the same Manila envelope that come from the United States District Court Clerk office.

I have suffered because my Counselor miss, melissa Garcia has failure to provide adequate legal assistance I plaintiff ask The court please help with envelopes and I can provide inmate request for paper. The complains in this court are (McKinnon v. messenger 3:03CV158 (JCH) (McKinnon v. Delgado ETal 3:03CV71 JBA)(McKinnon v. Yvonne 3:03CV944 Rnc) McKinnon v. James ETAL 3:03CV2274(SRU)

By: James McKinnon
     James McKinnon Pro

## Memorandum of Law in Support

The United States Constitution and the Connecticut Constitution guarantee prisoners access to state and federal courts, please see; Bounds v. Smith, 430 U.S. 817, 821 (1977) also - Conn - Cons, Art. 1, §10.

This means that prisoners must not be deprived of anything that is necessary to give them a reasonably adequate opportunity to present claimed violations of fundamental constitutional rights to the courts. please see; Bounds v. Smith, 430 U.S. 817, 825 (1977).

They must provide inmates access to paper, pens, and stamp envelopes. please see; Lewis v. Casey, 116 S. Ct. 2180 (1996) (quoting Bounds v. Smith, 430 U.S. 817 (1977).

However complete denial of the means to prepare a defense is unconstitutional, please see, Taylor v. List, 880 F.2d 1040, 1047 (9th Cir. 1989) Milton v. Morris 767 F.2d at 1445-47.

The Supreme Court has stated it is indisputable that indigent inmates Exhibit 'A' must be provided at state expense with paper and pen to draft legal documents and with stamps to mail them, Please see; Bounds v. Smith 430 U.S. 817, 824-25, 97 S. Ct. 1491 (1977) accord Smith v. Erickson 884 F.2d 1108, 1111 (8th Cir. 1989) Chandler v. Coughlin 763 F.2d 110, 114 (2d Cir. 1985) reasonably adequate amount of free postage must be provided.

By /s/ James McKinnon
James McKinnon

Unavailability of paper and envelopes for days and weeks at a time denied court access) <u>Dawson v. Kendrick</u> 527 F. Supp. 1252, 1313-14 (S.D.W. Va. 1981) denial of postage writing materials, notarial services denied court access).

Prison officials must provide a means for prisoners to make sufficient copies of papers to comply with court rules; please see; Gluth v. Kangas 951 F.2d at 1510 (upholding order requiring free photocopying for indigents) Also please see; <u>Harrington</u> v. <u>Holshouser</u> 741 F.2d 66, 69 (4th Cir. 1984) (Free copying required for indigents) <u>Johnson</u> v. <u>Parke</u>, 642 F.2d 377, 379-80 (10th Cir 1981) (refusal to make copies at prisoners expense sufficient to comply with court rules may deny court access)

This complaint of denial of the right of access to the court is not for a lawsuit plaintiff is without adequate assistance to provide court with deadline's

I Also have to send mail to Assistant Attorney General's like 5' of them.

By /s/ James McK___
James McKinnon pro se

Clock: 0000100770    SR#: 4    Name: MCKINNON, JAMES

## Trust Summary

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 07/02/2004 | CTDOC | REG | CRS SAL ORD #2543548 D1 | <1.88> | 18.16 | 0.00 |
| 07/08/2004 | CTDOC | REG | CEC SAL ORD #2543548 | 1.88 | 20.04 | 0.00 |
| 07/21/2004 | CTDOC | REG | Mail Receipts 137 | 50.00 | 70.04 | 0.00 |
| 07/21/2004 | CTDOC | REG | Deduction-PLRA-02242003 | <10.00> | 60.04 | 0.00 |
| 07/21/2004 | CTDOC | PLRA | Deduction-PLRA-02242003 | 10.00 | 70.04 | 0.00 |
| 07/26/2004 | CTDOC | REG | CRS SAL ORD #2583560 D3 | <23.19> | 46.85 | 0.00 |
| 08/02/2004 | CTDOC | REG | CRS SAL ORD #2595050 D3 | <18.60> | 28.25 | 0.00 |
| 08/11/2004 | CTDOC | REG | Med Eye Fee 140 73004 | <0.25> | 28.00 | 0.00 |
| 09/29/2004 | CTDOC | REG | Mail Receipts 140 | 25.00 | 53.00 | 0.00 |
| 09/29/2004 | CTDOC | REG | Deduction-PLRA-02242003 | <5.00> | 48.00 | 0.00 |
| 09/29/2004 | CTDOC | PLRA | Deduction-PLRA-02242003 | 5.00 | 53.00 | 0.00 |
| 10/04/2004 | CTDOC | REG | CRS SAL ORD #2706299 D3 | <19.78> | 33.22 | 0.00 |
| 10/12/2004 | CTDOC | REG | CRS SAL ORD #2721621 D3 | <0.13> | 33.09 | 0.00 |
| | | | Account Balances | | 33.09 | 0.00 |

OTIDTAC

Press List of Values to display GL Transaction Details
Record: 129/129

1. Plaintiff James McKinnon is a citizen of United States who presently resides at Corrigan Rodgowski Correctional Center 986, Norwich New London Turnpike Uncasville Connecticut 06382

2. Defendant Saundra Leak is a citizen of United States whose address is Garner Correctional 50, Nunnawauk Road Newtown Connecticut 06470

3. Defendant Sandi Orleman is a citizen of United States whose address is Garner Correctional 50, Nunnawauk Road Newtown Connecticut 06470

4. Defendant Todd Bogdanoff is a citizen of United States whose address is Garner Correctional 50, Nunnawauk Road Newtown Connecticut 06470

5. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correctional 50, Nunnawauk Road Newtown Connecticut 06470

By: /s/ James McKinnon
James McKinnon pro se

## Certification

I certify though this attachment this claim to be true and to the best of my obility on this <u>12th</u> Day of november 2004

Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Plaintiff
By /s/ James McK——
James McKinnon prose
Corrigan, Radgowski
Correctional Center
986, norwich new London
Uncasville Connecticut
06382