United States District Court

District of Connecticut

2004 NOV 22 P 3:33

James McKinnon    Civil no. 3:02CV2068
v.                (CFD)(TPS)

Saundra Leak, ETAL
Sandi Orleman        November 17, 2004
Todd Bogdonof
Helen Dorsey

Defendants    Individual Capacity

Plaintiff motion is to Amend Complaint To Respell defendant Sandi Orleman First name Also respectfully request Court Provide First Scheduling Order Pursuant To Rule 16,c, of Federal rules of Civil procedure. Also Affidavit of Plaintiff with memorandum of Law in Support.

Respectfully
Plaintiff
Byx James McK___
James McKinnon prose

1 of 19

## Certification

I certify though this a attachment this claim to be true and to the best of my obility on this       Day of november 2004

Defendants       Individual     Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Respectfully
Plaintiff
By James McK
James McKinnon prose
Corrigan Rodgowski
Corretional Center
986, Norwich new London
Uncasville Connecticut
06382