United States District Court

District of Connecticut

2004 NOV 22 P 3:33

James McKinnon          Civil no. 3:02CV 2068
    V.                              (CFD)(TPS)
Saundra Leak, ETAL
Sandi    Orleman
Todd     Bogdonof          November 17, 2004
Helen    Dorsey

Defendants              Individual Capacity

Plaintiff Motion for This Honoroble Court To give clerk authorized instructions To returend submitted Amend Complaint without properly identified case number of James McKinnon v. Saundra Leak, ETAL Civil no: 3:02CV 2305 (WWE)(HBF). That Should be returend unprocessed matter of incorrect Docket number, This is a Pleading Respecfully Submitted.

                                    Plaintiff
                             By: /s/ James McKinnon
                                 James McKinnon pro se

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
   JAMES MCKINNON                                :
                                                 :
   vs.                                           : Civil No. 3:02cv2305(WWE)(HBF)
                                                 :
   SAUNDRA LEAK, ET AL                           :
                                                 :
-------------------------------------------------x
```

FILED
2004 OCT 20  P 3:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

*[handwritten: Incorrect Docket number Exhibit James McKin—]*

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>MOTION TO AMEND COMPLAINT</u>; however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)
   _ No certificate of service attached to pleading
   ✔ Certificate of service fails to list names and addresses of all parties served (Asst. Attorneys General Lynn D. Wittenbrink and Perry A. Zinn Rowthorn have filed Appearances in this matter);
   _ Certificate of service is not signed

2. _ L.R.5(d)        Failure to submit document under seal

3. _ L.R.10          _ Failure to sign pleading (original signature)
                     _ Failure to double space
                     _ Margin is not free of printed matter
                     _ Left hand margin is not one inch
                     _ Judge's initials do not appear after the case number
                     _ Docket number is missing
                     _ Failure to supply federal bar number
                     _ Holes not punched in document

4. _ L.R.68          Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other           ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 10/12/04                                    _____
                                                  United States Magistrate Judge

(mel)

rev. 1/1/03

## Certification

I Certify Though This attachment on This 17,Th Day of november, 2004 This claim To be True and To The best of my obitity.

Defendants    Individual    Capacity

Saundra   Leak, ETAL
Sandi     Orleman
Todd      Bogdanoff
Helen     Dorsey
_____

Respectfully
Plaintiff
By: James McK—
James mckinnon prose
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasville Connecticut
       06382