# United States District Court
## District of Connecticut

James McKinnon        Civil no 3:02CV2068

V.                    (CFD) (TPS)

Saundra Leak. ETAL
Sandi      Orleman            november 17, 2004
Todd       Bogdanoff
Helen      Dorsey
Defendants           Individual Capacity

Plaintiff Motion Respecfully That under Federal Rule 15,a, That This witness statements be Amended To material facts respecfully Submitted with Forthgoing Complaint, Also plaintiff provide court with Affidavit and memorandum of Law in Support.

                              Respecfully
                              Plaintiff
                              By James McK____
                              James McKinnon pro se
                              Corrigan Rodgowski
                              Corretional Center
                              986, Norwich new London
                              Uncasville Connecticut
                                    06382

## Certification

I certify through this attachment this claim to be true and to the best of my obility on this 17,th Day of november, 2004

Defendants    Individual   Capacity

Saundra Leak - ETAL
Sandi   Orleman
Todd    Bogdanoff
Helen   Dorsey

Respecfully
Plaintiff
By x James McK
James McKinnon prose
Corrigan Rodgowski
Corretional Center
986, norwich new London
Uncasville Connecticut
06382