# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
### CIVIL RIGHTS COMPLAINT

James McKinnon
100 770
_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Saundra Leak
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

PRISONER

Case No. 3:02CV2068 (CFD)(TPS)
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, (individual capacity,)
or official and individual capacitites) (Do not use *et al.*)

### A. PARTIES

1. James McKinnon is a citizen of United States who
   (Plaintiff) Corrigan Rodgowski  (State)
presently resides at Corretional Center 986, norwich newLondon
                    (mailing address or place of confinement) Uncasville Connecticut
If plaintiff is incarcerated, provide inmate number: 100770.

2. Defendant Saundra Leak is a citizen of United States
   (name of first defendant)                      (State)
whose address is Garner Correctional Institution 50' nunnawaulk Road newtown Connecticut 06470
and who is employed as mental Health Counselor P.S.W.

(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

Defendant Saundra Leak breach confidetal medical Thats protected by Connecticut Law.

3. Defendant **Sandi Orleman** is a citizen of **United States**
   (name of second defendant)                          (State)

whose address is Garner Correctional Institution 50 nunnowauk Road newTown cT 06470

and who is employed as **nurse**

(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

Defendant Sandi Orleman breach plainTiff ConfideTial medical Thats proTecTed by ConnecTicuT Law.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓   42 U.S.C. § 1983 (applies to state prisoners)

   ___ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Defendants disclosed confidential medical information to my cell mate, Chris Bradley. Plaintiff has two statements from the witnesss mr Bradley that's describing Saundra Leak P.S-W Also Sandi Orleman medical regarding the plaintiff Doe v. meachum disease that to be protected.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: Fourth Amendment Violation. The defendant's Saundra Leak also Sandi Orleman violated C.G.S. 19.a583 which prohibits disclosure of confidental H-I-V related information

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3

4. Defendant Todd Bogdanoff is a citizen of United States whose address is Garner Correctional Institution 50 nunnawauk Road newTown Connecticut, 06470

And who is employed as mental Health Doctor.

AT The Time The claim's alleged in This complaint arose, was This defendant acting under color of State law? yes plaintiff briefly explain.

Defendant Todd Bogdonoff Compromised The plaintiff grievance, Then To his Director of mental Health and addictions Services mr, Brett S. Rayford, iT was said They have investigated plaintiff allegations of breach of medical and found Them To be unsubstanTiated.

Plaintiff:

By x *James Lee McKinnon*
James Lee McKinnon
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasvill CT, 06382

By *James McKinnon*
James McKinnon

5. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correctional Institution 50' nunnawauk Road newTown Connecticut 06470

And who is employed as mental Health and medical Administrator.

At The Time The claims alleged in This complaint arose was This defendant acting under color of State law? yes plaintiff briefly explain.

Defendant Helen Dorsey Also Compromised The plaintiff grievance, Then To Director mr, Bretts Rayford, Said They have investigated plaintiff allegation of breach of medical and found Them To be unsubstantiated.

Plaintiff:
By x /s/ James McK   By x /s/ James Lee McK
James McKinnon  James Lee McKinnon prose
Corrigan Rodgowski
Corretional Center
986, norwich new London
Uncasville CT 06382

United States District Court

District of Connecticut

James McKinnon   Civil no 3:02CV2068

V.   (CFD) (TPS)

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey
Defendants  Individual Capacity

November 17, 2004

## Affidavit of James McKinnon

I, James McKinnon peing, Prose Say That:

I am a inmate of the department of Correction, and have been Sine 2001.

AT The Time of This incidents, I was a inmate at The Garner Correctional Institution.

On January 2, 2002, I was a inmate at The Garner Correctional Institution as a prison.

Respecfully
Plaintiff
By x James McKin
James McKinnon prose
Corrigan Rodgowski
Correctional Center
986 Norwich New London
Uncasville Connecticut

On January 2, 2002, I James McKinnon plainTiff medical ConfideTiality was breach by P.S.U. Saundra Leak Time 9:30 Am prior To inmate Chris Bradley Transferred To my cell. nurse Sandi Orleman pulled inmate Chris Bradley aside, 10:Am she Too breach medical ConfideTiality.

On January 2, 2002, 9:30 Am inmate Chris Bradley was Transferrd in with plainTiff and Called into P.S.W. Saundra Leak office, and because Chris Bradley is bi-Sexual defendanT felT The need To breach my ConfideTiality by Saying That plainTiff have SomeThing.

RighT afTer Time 10: Am nurse Sandi Orleman defendanT breach plainTiff medical ConfideTiality by asking inmate Chris Bradley did he know what he was doing by moing in plainTiff cell, and Then defendanT also sTaTed ThaT PlainTiff has SomeThing.

When inmate Chris Bradley came from The P.S.W office he said That miss, Leak and nurse Sandi was asking him iff he know I have SomeThing.

I Then ask for a STaTemenT From inmate chris Bradley.

PlainTiff:
By x James Lee McK
James Lee McKinnon prose
Corrigan Rodgowski
CorreTional Center
986, Norwich New London
Uncasville CT 06382

PlainTiff:
By x James Lee McK
James Lee McKinnon, prose
Corrigan Rodgowski
CorreTional Center
986, Norwich New London
Uncasville Connecticut
06382

plaintiff put a inmate request in the unit mail Box to See There supervisor Helen Dorsey on Januarary 2002, Supervisor Trudy Evans Came and ask me To copy The Statements Thats From inmate Chris Bradley.

I James McKinnon ask Supervisor Trudy Evans would She make Sure That Chris Bradley would not be harrassed by Them, She Said yes.

That morning defendant Saoundra Leak P.SW a Mental Health Counselor Started on Chris Bradley, She had The unit officer move him out my cell.

I also have a Statment From Inmate Chris Bradley on That day he was moving out my cell.

Medical Supervisor and my mental Health doctor Defendant Todd Bogdonoff Compromised my inmate grievan Then To his Director of Health, addiction Services Doctor Bretts Rayford; IT was said They have investigated plaintiff allegations and Found Them To be unsubstantiated.

_Plaintiff_
Byx James McK
James Lee McKinnon

_Plaintiff:_
Byx James Lee McK
James Lee McKinnon  prose
Corrigan Rodgowski
Corretional Center
986, Norwich New London
Uncasville CT. 06382

Defendant Helen Dorsey also compromised the plaintiff grievance, then to Director Bretts Rayford it was said they have investigated plaitiff allegations and found them to be unsubstantiated.

Plaintiff:
Byx /s/ James Lee McK...
James Lee McKinnon

Plaintiff:
Byx /s/ James Lee McK...
James Lee McKinnon, pro se
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasville Connecticut
06382

## Memorandum of Law

Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information A.L.A. v. West Valley City, 26 F.3d 989, 990 (10th Cir. 1994) Nolley v. County of Erie 776 F. Supp. 715, 729 W.D.N.Y. 1991) Woods v. White 689 F. Supp. 874, 875-76 W.D. Wis. 1988) aff'd, 899 F.2d 17 7th Cir. 1990) Doe v. Coughlin, 697 F. Supp 1234, 1237-38 N.D.N.Y. 1988) Doe. v. Meachum, 126 F.R.D. 437, 439 D. Conn. 1988).

Nolley v. County of Erie 776 F. Supp. at 733-34 citing N.Y. Pub. Health Law a § 2780 et seq McKinney 1991 Supp).

Plaintiff:
Byx /s/ James Lee McK...
James Lee McKinnon

Plaintiff:
Byx /s/ James Lee McK...
James Lee McKinnon, pro se
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasville CT, 06382

## Claims for Relief

By: *James McKinnon*
James McKinnon

1. On January 2, 2002 when defendant Saundra Leak P.S.W. Counselor breach my medical To inmate Chris Bradley That Transferred To my Cell, I became damage psychological including personal humiliation and mental anguish There is permanent injury To avoid The defendant evidence of pain mental come's humiliation come To mind emotional distress because it was my Doe v. Meachum information That was violated

## Memorandum of Law in Support of Relief

Prisoners have a constitutional right To privacy in Their medical diagnoses and other medical information. See please, A.L.A. v. West Valley City, 26 F.3d 989, 990 (10Th Cir. 1994) Nolley v. County of Erie, 776, F.Supp. 715, 729 W.D.N.Y. 1991) Woods v. White, 689 F.Supp. 874, 875-76 W.D.Wis 1988) off'd, 899 F.2d 17 (7Th Cir. 1990) Doe v. Coughlin, 697 F.Supp. 1234, 1237-38 (N.D.N.Y. 1988) Doe v. Meachum, 126 F.R.D. 437, 439 (D.Conn. 1988).

Plaintiff
By: *James Lee McKinnon*
James Lee McKinnon

Plaintiff:
By: *James Lee McKinnon* prose
James Lee McKinnon
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasville Connecticut
06382

## Claims for Relief

By: James McKinnon
James McKinnon

2. On January 2, 2002, when defendant Sandi Orleman nurse breach my medical to inmate Chris Bradley that transfereed to my cell, I became damage psychological including personal humiliation and mental anguish There is permanent injury to avoid the defendant also Correctional medical staff, evidence of pain mental humiliation that came with my mind emotional distress because it was my Doe v. meachum information that was in violation.

## Memorandum of Law in Support of Relief

Disclosure of medical information about a prisoner may also violate state law. The medical profession recognizes an ethical obligation to preserve patients confidentiality, and many states have statutes protecting the privacy of medical records and making doctor patient communications privileged. please see; Nolley v. County of Erie, 776 F. Supp. at 733-34, citing N.Y. Pub. Health Law at § 2780 et seq Mckinney 1991 Supp). Hillman v. Columbia County, 164 Wis.2d 376, 474 N.W.2d (913, 919-20 (Wis. App. 1991). review granted 482 N.W.2d 105 Wis. 1992).

Plaintiff
By: James Lee McKinnon
James Lee McKinnon

Plaintiff:
By: James Lee McKinnon
James Lee McKinnon prose
Corrigan, Rodgowski
Correctional Center
986, Norwich New London
Uncasville CT 06382

## Claims for Relief

By x /s/ James McKinnon
James McKinnon

3. On January 18, 2002, Plaintiff I James McKinnon compromised Grievance came from defendant Todd Bogdonoff, then to his Director of health Services mental Health, Defendant said Plaintiff he has investigated my allegations and found them to be unsubstantiated. I suffered mental anguish and emotional distress, from the absence of proper procedures and the outcome involving the conditions.

## Memorandum of Law in Support of Relief

Denial of adequate care for serious mental Health needs may constitute deliberate indifference. please see; <u>Smith</u> V. <u>Jenkins</u>, 919 F. 2d at 93 (care that "so deviated from professional standards that it amounted to deliberate indifference" would violate The Constitution.

Plaintiff

By x /s/ James Lee McKinnon
James Lee McKinnon

Plaintiff:
By x /s/ James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasvill Connecticut
06382

## Claims for Relief

By× *James McK—*
James McKinnon

4. On January 18, 2002 Plaintiff James McKinnon compromised Grievance came from defendant Helen Dorsey, Then To her Director of Health Serices mental Health, Defendant said Plaintiff allegation$ was investigated and found Them To be unsubstantiated. I suffered mental anguish and emotional distress from The absence of proper procedures and The outcome involving The conditions.

## Memorandum of Law in Support of Relief.

In order To provide adequate medical care prison officials must have an adequate system for identifying prisoners with medical needs and making sure That They are diagnosed and Treated. Systemic deficiencies in staffing, facilites, or procedures which make unnecessary suffering inevitable consitit deliberate indifference. please see: <u>Todaro</u> V. <u>Ward</u>, 565 F.2d 48, 52 (2d Cir. 1977) quoting <u>Bishop</u> V. <u>Stoneman</u>, 508 F.2d 1224, 1226 (2d Cir. 1974) accord <u>Harris</u> V. <u>Thigpen</u>, 941 F.2d 1495, 1505 (11Th Cir. 1991) <u>DeGidio</u> V. <u>Pung</u>, 920 F.2d 525, 529 (8Th Cir. 1990) (lack of adequate finding of Eighth Amendment violation) <u>Fee</u> V. <u>Granger</u>, 887 F.2d 1552, 1556 (11Th Cir. 1989)(Proof of a staffing or procedural deficiencies may give rise To a finding of deliberate indifferencies).

Plaintiff
By× *James Lee McK—*
James Lee McKinnon prose

Plaintiff:
By× *James Lee McK—*
James Lee McKinnon prose
Corrigan Rodgowski
Corretional Center
986, norwich new London
Uncasville ct 06382

## Certification

I certify through this attachment this claim to be true and to the best of my ability on this <u>17th</u> day of november, 2004

Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Respecfully
Plaintiff
By× *James McK*
James McKinnon prose
Corrigan Rodgowski
Corretional Center
986, norwich new London
Uncasville Connecticut
06382

**Claim II:** _____

_____

_____

Supporting Facts:

Exhibit's Respectfully

A  *James McKin*

January 2, 2002  9:30 AM
Miss Leah pulled me into her Office to ask me if I knew what I was doing by moving into the cell with McKinnon, #100770; and she also said she would pull me out if I couldn't deal with him, she was saying he had something.

Chris Bradley
#226352

'A' Exhibit *James McKin*
         James McKinnon

4

Exhibit Respestfully
B James McKinnon

January 2, 2002    10: Am

On Wednesday I was aproched by Sandy and She asked me did I Know what I was doing because I am bi-Sexual and that he had Something while I was moving in with him.

Chris Bradley
# 226352

Mr. McKinnon asked me what did they ask me and I wrote it down for ~~me~~ him.

James McKinnon    Exhibit B

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
   √ Yes ___ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): __James McKinnon__

   Defendant(s): __Robert Trestmann; ETaL Helen Dorsey__

   b. Name and location of court and docket number __U.S. Court 915 LaFayett Blvd Bridgeport, CT 06604   3:02CV2305(WWE) (H13A)__

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) __SeTTlemenT AgreemenT Compensatory Damages money__

   d. Issues raised: __Breach of Doe-V. Meachum information__

   e. Approximate date of filing lawsuit: __12-27-2002__

   f. Approximate date of disposition: __February 5, 2004__

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  √ Yes ___ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

__SeTTlemenT AgreemenT__

5

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b. Name and location of court and docket number_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____

   e. Approximate date of filing lawsuit:_____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. ✓ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   *Administrative Remedies with Grievances*

5

## Request for Relief.

I request the following relief: Issue a declaratary judgement against each defendants' in there individual capacity. That they violated constitutional and state laws by obanding the safety being recklessness, and carelessness with plaintiff confidetial medical thats protected by Connecticut Law.

A. Grant compensatary damages in the amount of $25.000. against each defendant in his and her individual capacity.

B. Grant punitive damages in the amount of $25.000. against each defendant in his and her individual capacity.

C. Grant nomial damages in the amount of $25.000. against each defendant in his and her individual capacity

D. Grant such other relief as it may oppear the plaintiff is entitled

I request a jury trial yes

November 17, 2004

Respecfully
Plaintiff
By James McK.
James McKinnon pro se
Corrigan Rodgowski
Corretional Center
986, Norwich New London
Uncasville Connecticut
06382