UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2068(CFD)(TPS) |
| VS. | : | |
| | : | |
| SANDRA LEAK, ET AL. | : | APRIL 8, 2005 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance on behalf of all defendants in their official capacity in the above-entitled matter.

Dated at Hartford, Connecticut, this 8th day of April, 2005.

DEFENDANTS,
Sandra Leek, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 8th day of April, 2005 to:

James McKinnon, Inmate No. 100770  
Corrigan-Radgowski Correctional Center  
986 Norwich-New London Turnpike  
Uncasville, CT  06382

                                                                                         /s/_____  
                                                                                         Lynn D. Wittenbrink  
                                                                                         Assistant Attorney General