United States District Court

District of Connecticut

FILED
2005 MAY 25 P 3:02
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
  Plaintiff

vs.

Saundra Leak, ETAL
  Defendants

Civil no. 3:02CV2068

(CFD) (TPS)

April 23, 2005

Individual Capacity

Plaintiff Motion with Memorandum of Law in Support To Dismiss Defendants Attorney General Lynn Wittenbrink Federal Rule 9. Pleading Spical Matters (a) Capacity.

1. I James McKinnon Plaintiff pro,se moves This court respectfully To grant This motion for the foregoing reason.

2. In determining whether plaintiff is entiled To a Temporary restraing order courts generally consider several factors whether The party will suffer irreparable injury The balance of hard ships between The parties.

By x /s/ James McKi—
James McKinnon prose

3. Courts have held that the plaintiff must clearly state that officials are sued in their individual capacity, or the court will assume it is an official capacity case;

4. To avoid Assistant Attorney general problems this plaintiff has spell it out. please see,

Hafer v. Melo 112 S.Ct. at 36 In and cases cited Hardin v. Straub 954 F.2d 1193, 1200 (6Th Cir 1992).

This is deemed to be the same as suing the state, Kentucky v. Graham 473 U.S. 159, 169, 105 S.Ct 3099 1985.)

5. The likelihood of success on the merits and in this case the pulblic interest each of these factors favors the grant of this motion,

6. In this case the grant of relief will serve the public interest because it is always in the public interest for prison officials to obey the Law, Duran v. Anaya 642 F. Supp 510-527 D.N.M. 1986) Respect for Law particularl by officials responsible for the adiministration of the states Correctional System is in itself a matter of the highest public interst.

By x James McK——
James McKinnon

7. Also please see, Llewelgn v. Oakland County Prosecutors office 402. F. Supp. 402 F. Supp 1379 1393 E. D. mich 1975) The constituton is The ulTimate expression of the public interest).

8. Differant Courts have made different statement of the standards govering oppointment of Counsel. Please see,

Hardin v. Melo 112. S. CT. aT 36 In. and Cases Cited Hardin v. stroob 954 F. 2d 1993 1200 (6Th Cir 1992) Capacity must be specified) York Town) medical Laboratory Inc v. Perales 948 F. 2d, 84 88-89 (2d Cir 1991 Court should look To The TaTality of the complaint as well as The Course of Proceeding To deTermine Copacity.

By x James McK
James McKinnon

## Certification

I hereby Certify That a Copy of The foregoing was mailed To The defendants ATTorney of record This 23 Day of April 2005

Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanaff
Helen Dorsey

---

Lynn WiTTenbrink
Assistant ATTorney general
110, Sherman Street
Hartford Connecticut
　　　　06105

By x /s/ James McK——
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT
　　　06382