United States District Court

District of Connecticut

| | |
|---|---|
| James McKinnon<br>Plaintiff<br><br>V.<br><br>Saundra Leak, ETAL.<br>Defendants | Civil no. 3:02cv2068<br>(CFD)(TPS)<br><br>April 23, 2005<br><br>Individaul Capacity |

Order To Show Cause and Temporary Restraining Order

Upon The Supporting Affidait of The Plaintiff And The Accompanying Memorandum of Law

It is:

Ordered That defendants Saundra Leak, Show Cause in room _____ of The United States District Court house' 915 LaFaYeTTe BouLeVard Bridgeport Connecticut, 06604, on The _____ day of _____ 2005, at _____ O'clock why a preliminary injunction should not issue pursunit To Rule 65(a) Fed. R. Civ. P

By x /s/ James McK__
James McKinnon prose

1 of 5

## IT is Further Ordered

That effective immediately and pending the hearing and determination of this order To Show Cause for defendants Saundra Leak, ETAL To have Free Counselor, To arrange for The plainTiff To exained The Spical need for defendants To obTain The AssisTanT ATTorney General Lynn WiTTenbrink ThaT can infliction unnecessary Suffering on plainTiff. This is deemed To be The Same as suing The STate. please see, Kentucky V. Graham 473 U.S. 159, 169, 105 S.CT. 3099 (1985)

Some courTs have held ThaT The plainTiff must Clearly STate ThaT officials are sued in Their individual Capacities or The court will assume iT is an official Capacity case, To avoid AssistanT ATTorney general problems plainTiff has spell iTouT. Hafer V. melo, 112 S.CT. aT 36 In, and cases ciTed Hardin V. STraub 954 F.2d 1193, 1200 (6Th Cir. 1992).

In deTermining wheTher plainTiff is enTiTled To a Temporary resTraining order court generally Consider Several factors wheTher The party will Suffer irreparable injury The balance of hard Ships beTween The parties,

By: James McKinnon prose

2 of 5

The likelihood of success on The merits and in This case The public interest each of These factors favors The grant of This motion.

The plaintiff has a great likelihood of success on The merits what defendants have done intentionally intering.

In This case The grant of relief will serve The public interest because it is always in The public interest for prison officials to obey The Law, Duran V. Anaya 642 F. Supp 510-527 D.N.M. 1986) Respect for Law particularly by officials responsible for The adiministration of The states Correctional system is in itself a matter of The highest public interst.

Also please see, Llewelgn V. Oakland County Prosecutors office 402. F. Supp. 402 F. Supp 1379 1393 E.D. mich 1975) The Constitution is The Ultimate expression of The public interest.)

Differant courts have made different statement of The standards govering ooointment of Counsel. Please see, Hardin V. melo 112, S-CT-aT 36 In. and cases cited Hardin V. stroob 954 F. 2d 1193 1200 (6Th Cir 1992) capacity must be specified) York-Town) medical Laboratory Inc V. Perales 948 F. 2d 84-88-89 (2d Cir. 1991 Court should look To The Totality of The complaint as well as The course of proceeding To determine Capacity)

By× /s/ James McK——
James McKinnon

IT is Further Ordered
Federal Rules 9. of Civil Procedure
<u>Pleading Special Matter's (a) Capacity</u>.

IT is necessary when a party desirest To raise an issue as To The Legal existence of any party, The capacity of any party To sue or be sued. The authority of a party To sue or be sued in a representative Capacity. The party is desiring To raise The issue shall do so by Specific violations averment, which shall include such supporting particulars as are peculiary within The pleaders knowledge.

The party representative existence of an organized association of persons That is made a party is required To show The jurisdiction of The Court.

By x /s/ James McKinnon
James McKinnon

# Certification

I hereby Certify That a Copy of The foregoing was mailed To The defendants Attorney of record This 23 Day of April 2005

Defendants    Individual    Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Lynn Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford CT, 06105

By: James McKinnon prose
Corrigan Correctional Center
986, Norwich New London
Uncasville CT
06382