United States District Court

District of Connecticut

FILED
2005 JUN 14 P 4:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon          •   Civil no. 3:02CV 2068
  Plaintiff            •   (CFD) (TPS)
V.                     •
                       •   June 7, 2005
Saundra Leak, ET AL.
Defendant              Individual Capacity

Plaintiff Respectfully moves This Court for immediate relief in The from To obtain a preliminary injunction barring defendants from further hindering plaintiff efforts To pursue Legal claim's, Also Memorandum of Law in Support of The Plaintiff motion.

1. Plaintiff James McKinnon pro.se is a citizen of United States whos address is Corrigan Correctional Center 986, Norwich new London Turnpike Uncasville Connecticut 06382

Plaintiff
By: James McKinnon
James McKinnon pro.se

1 of 11

2. Defendants are citizens of United States whose address is Garner Correctional Center 50 nunnawauk Road newtown Connecticut 06470

Defendants
Saundra Leak
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Plaintiff
James McKinnon

## Memorandum of Law in Support of Plaintiff Motion with Exhibit's

United States Constitution and The Connecticut Constitution guarantee prisoners access to court state and federal. Please see Bounds v. Smith 430 U.S. 817-821 (1977) Also please see Conn. Const. Art 1, § 10.

They must provide the plaintiff with (5) Legal Envelopes a week That he has actally been denied That's necessary for the plaintiff (14) complaints in this court.

By/ James McKinnon

2 of 11

## Memoradum of Law Support

Plaintiff complaint involes outgoing mail that I am entitled to the more favorable necessary essential rule.

Courts have a variety of restrictions on prisoner's correspondence.

Prisoners may correspond freely with attorneys and Courts. please see,

Wolfish v. Levi 573 F.2d 118, 130 (2d Cir 1978).

By x /s/ Jam McK
James McKinn...

Now plaintiff has to give court correspondence to unit Counselor to forward to Deputy Warden. Exhibit's

However complete denial of the means to perpare a defense, is Unjustified interference with perparation is unconstitutional.. please see,

Taylor v. List, 880 F.2d 1040, 1047 (9Th Cir. 1989)
Milton v. Morris, 767 F.2d at 1445, 47.

Plaintiff
By x /s/ Jam McK
James McKinnon

## Memorandum of Law

The Supreme court has stated, IT is indisputable That indigent inmates must be provided at state expense with paper and pens To draft legal documents and stamps To mail Them. Please see.

<u>Bounds</u> v. <u>Smith</u> 430 U.S. 817, 824-25, 97 S. Ct. 1491 (1977), accord, <u>Smith</u> v. <u>Erickson</u> 884 F.2d 1108, 1111 (8Th Cir. 1989).

<u>Chandler</u> v. <u>Coughlin</u> 763 F.3d 110, 114 (2d Cir. 1985) reasonably adequate amount of free postage must be provided.

Plaintiff
By James McKinney
James McKinney

**OMS 4.0 - [DISPLAY TRUST ACCOUNTS]**

Help   Window

User: COR115      CONNECTICUT DEPARTMENT OF CORRECTION      Date: 05/23/2005

0000100770   Name: MCKINNON   JAMES   LEE   11/09/1961
4            Location: 140-C;                              ACTIVE-IN

**Offender Balances**
☐ Closed Account
☐ Disbursement Freeze?   Total: 37.11   Current: 37.11   Hold: .00   ☐ Indigent?

**Offender Sub Accounts**

| Acct Code | Type | Description | Balance | Indigent Since | Days Remaining |
|---|---|---|---|---|---|
| 2101 | REG | SPENDABLE | .11 | 04/21/2005 | 68 |
| 2102 | SAV | SAVINGS | .00 | | |
| 2103 | BONDS | BONDS | .00 | | |
| 2104 | PLRA | PLRA | 37.00 | | |

**Offender Payables**

| Type | Description | Create | Info Number | Orig Amt | Total Paid | Total Owing |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

The deduction type. List of values available
Record: 1/1

Plaintiff is indigent Exhibit

James McKinnon

5 of 11

EXHIBIT

*James McKinnon*

| | | | CN 9602 |
|---|---|---|---|
| | **Inmate Request Form** | | Rev. 9/3/02 |
| | **Connecticut Department of Correction** | | |

| Inmate Name | James McKinnon | Inmate no. 100770 |
|---|---|---|
| Facility | Corrigan | Housing unit E-Unit 207 | Date May 21 05 |

Submitted to:

Request: Counselor I request 4 Legal Envelopes please and Two copies of my inmate account

Thank You

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Acted on by (print name) | Title

Action Taken and/or Response:

3 envelopes per week per Capt Kelley (attached)

copies attached

PS- you're not considered indigent for 58 days

6 OF 11    5-23-05 CC Credit

(continue on back if necessary)

Staff Member Signature | Date

# Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Inmate Name: James McKinnon
Inmate no.: 100770
Facility: Corrigan
Housing unit: H-Unit 210
Date: May 10, 05

Submitted to: Counselor Michelle Jones I have ask

Request: you For Legal Envelopes That has not came on April 18, 2005; I need your assistance now a Emergency because my Complaints in U.S. Courts, Also I have mail From ATTorney General's; and This required Legal Envelopes

This involved my indigent right To have Two envelopes a week.

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

Acted on by (print name): 
Title: ok

**Action Taken and/or Response**

my

~~illegible~~ } attached —
2 Regular } 2 Legal refused per I/m
due to authorization of
Dep. Warden. —addressed first.

M. Jones    5-12-05

7 of 11                                 Exhibit Jas McK



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Inmate Name: James McKinnon
Inmate no. 100770
Facility: Corrigan
Housing unit: H-210
Date: May 13-05

Submitted to: Counselor Michelle Jones

Request: I am writing you out of good faith concerning privileged envelopes, How come I have to give you my court correspondence to forwarded Deputy Warden James Murdoch and Captain Theresa Penn, That's not standards between incoming and outgoing privileged mail, I may enjoy some constitutional protection, This also show hindered access to court.

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

Acted on by (print name):      Title:

**Action Taken and/or Response**

Combination of any 3 - (total of 3)

(continue on back if necessary)

Staff Member Signature: M. Jones
Date: 5-16-05

8 of 11                    Exhibit  Jas McK

# *DID YOU KNOW?*

**Cell Doors-**
Your Cell Door Must be Closed when you leave the Cell. This will be strictly enforced.

**Attire-**
You must be properly dressed at all times once you leave the cell. No Exceptions.
Shirts will be tucked into your pants and pants will be at waist level and worn as designed.

ALL COPIES COST $0.25. **You must fill out the Money Withdrawal Slip, and when it is returned, *THEN* the copies will be made. No Exceptions.**

Parole Issues will be addressed through our Parole Liaison, Parole Officer Rutkis. Please write him.

Inmate Phone Issues will be addressed with the Phone Monitoring Officers. Please write them.

Visiting list questions, concerns and changes, will be made through the Visiting Coordinator, Ms. McTighe. Please write to her.

9 of 11    Exhibit for McC___

# DID YOU KNOW?

**Commissary-**
Commissary is on Friday's in A-Pod. Slips will be passed out when Commissary Staff arrives on Friday's.

**Indigent Items-**
Indigent items will be handed out Thursday's. (Envelopes, Shampoo, etc..)
YOU MUST PUT A REQUEST FOR INDEGENT ITEMS IN THE CTO'S BOX ON WEDNESDAY EVENING ONLY IN ORDER TO RECEIVE ITEMS ON THURSDAY.
**You must have less than 5.00 dollars on the books for 90 days in order to be indigent and receive items.**

**Counselor and CTO-**
Requests to see the Counselor and CTO will be made through **INMATE REQUEST ONLY**. The requests will be reviewed daily and then you will be called to the office. Please be specific. Requests will be available from your Correctional Officers. If you arrive at the Counselor's Office without being called for **BY YOUR COUNSELING STAFF**, you are **OUT of PLACE** and will receive a **DR**. You must write a request that has to be placed in the Unit Counselor's Box no later than 8:00am to address your issues.

10 of 11      Exhibit Jan McK___

## Certification

I James McKinnon Certify Though This attachment This claim To be True and To The best of my obility on This 7, Day of June 2005

Defendants   Individual Capacity
Saundra Leak, ETAL
Sandi Orleman
Todd Bogdonoff
Helen Dorsey

Lynn Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford, CT 06105

Plaintiff
By x /s/ James McK
James McKinnon
Corrigan Correctional
986, Norwich new London
Uncasville CT
06382