UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| James McKinnon | : | PRISONER |
| | | 3:02cv2068(CFD) |
| v. | : | |
| Saundra Leek, et al | : | JUNE 13, 2005 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including July 13, 2005 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time for any deadline which the defendants have filed in this matter;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
Saundra Lee, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: ___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 13th day of June 2005:

James McKinnon, # 100770
Corrigan Radgowski Correctional Center
986 Norwich New London Turnpike
Uncasville, CT 06382

___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General