United States District Court

District of Connecticut

JUN - 8 2005

FILED
2005 JUN 23 P 5: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon
   Plaintiff

V.

Saundra Leak, ETAL
Defendants (Individual Capacity)

Civil no. 3:02CV2068
(CFD) (TPS)

June 1, 2005

Plaintiff Motion Memorandum of Law in Support for Leave To Amended Complaint under Rule 15(c), Fed. R. Civ. P (a new claim or defense relates back, It's arose out of The conduct, Transaction, or occurrence set fouth or attempted To be set forth in The original pleading.

1. Plaintiff James McKinnon pro,se Respectfully moves This court To request That under This short Concise statement be amended To The material Facts That's respectfully submitted with The forth going Amended Complaint Exhibit's Supporting Facts.

Pleas see, <u>Younger</u> V. <u>Chernovetz</u>, 792 F. Supp. 173 176 (D. Conn. 1992) where initial pro,se complaint described The alleged constitutional violation, a later amended complaint related back). <u>Doe</u> V. <u>Calumet City</u>, 111: 128 F.R.D. 93.94-95 (N.D. Ill. 1989).

Respectfully
Byx James McKinnon
James McKinnon

1 of 40

## Certification

I hereby Certify That The foregoing was mailed To The defendants attorney of record This 1. Day of June 2005. Also This Certify Throught This attachment This claim To be True and To The best of my ability. Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Lynn Wittenbrink
Assistant Attorney general
110, Sherman Street
Hartford CT, 06105

Respectfully
Plaintiff
By x /s/ James McKinnon
James McKinnon pro se
Corrigan Correctional
986, Norwich Newlondon
Uncasville CT, 06382.

2 of 40