United States District Court
FILED
2005 JUN 23 P 5:21
U.S. DISTRICT COURT

District of Connecticut

James McKinnon
Plaintiff

v.

Saundra Leak, ETAL
Defendants

Civil no. 3:02CV2068
(CFD) (TPS)

June 16, 2005

Individual Capacity

Plaintiff Motion is Respectfully To Response To Defendants motion Dated June 13, 05 for an oneTime Enlargment of Time To respond to Service of Complaint or To withdraw her appearance on behalf The Defendants in There individual Capacity Request is until July 13, 2005.

---

I Plaintiff James McKinnon Pro'se RespecTfully moves This court To allow defendants request at least To July 13, 2005 To Respond.

RespecTfully
By x James McKinnon
James McKinnon pro'se

1 of 2

## Certification

I hereby Certify That The foregoing was mailed To The defendants attorney of record This **16th** Day of June 2005. Also This Certify Through This attachment This claim To be True and To The best of my ability. Defendants Individual Capacity,

Saundra Leak. ETAL
Sandi      Orleman
Todd       Bogdanoff
Helen      Dorsey

Lynn Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford CT, 06105

Respectfully
Plaintiff
By: James McK
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT,
06382

2 of 2