# United States District Court

## District of Connecticut

FILED
2005 JUN 23 F 5: 21
U.S. DISTRICT COURT

James McKinnon
   Plaintiff

V.

Saundra Leak, ETAL.
   Defendants

Civil No. 3:02cv2068
(CFD) (TPS)

June 16, 2005

Individual Capacity

## Motion for Settlement Conference

The Plaintiff _James McKinnon_, respectfully moves this court to schedule a settlement conference in this matter.

The Plaintiff feels that settlement in this matter may well be enhanced by a formal settlement conference befor this court, befor trial in this matter.

The Plaintiff seeks damages from the defendant in this civil action claiming that the defendants improperly breached privacy and confideniality rights conceerning the plaintiff medical information.

Plaintiff
By: _James McKinnon_
James McKinnon pro se

Pursuant To The Courts First Scheduling Order The plaintiff has determined That an early Settlement Conference would be beneficial in This Case and accordingly, hereby respectfully moves This Court Seeking a Settlement Conference.

### Certification

I hereby Certify That The foregoing was mailed To The defendants attorney of record This 16Th Day of June 2005, Also This attachment Claim To be True and To The best of my ability.

Defendants Individual Capacity

Saundra Leak, ETAL
Sandi     Orleman
Todd      Bogdanoff
Helen     Dorsey

Lynn, Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford CT, 06105

Respectfully
Plaintiff
By x /s/ James McKinnon
James McKinnon
Corrigan Correctional
986, Norwich New london
Uncasville, CT 06382