UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2068(CFD) |
| v. | : |  |
| SAUNDRA LEEK, ET AL. | : | JULY 7, 2005 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, from the filing of the Second Amended Complaint within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. After the Court set a date for the defendants to file a response to the already Amended Complaint, the plaintiff seeks to amend his complaint yet another time. The Second Amended Complaint has not yet been filed. This is the first motion to extend the time to file a responsive pleading since the plaintiff sought to amend his complaint a second time.

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. The undersigned counsel was away during the month of June and will be out of the country in July.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

```
                                            DEFENDANTS
                                            Saundra Leek, Et Al.


                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL


                                    BY:     __/s/_____
                                            Lynn D. Wittenbrink
                                            Assistant Attorney General
                                            110 Sherman Street
                                            Hartford, CT  06105
                                            Federal Bar #ct08575
                                            E-Mail:  lynn.wittenbrink@po.state.ct.us
                                            Tel.: (860) 808-5450
                                            Fax: (860) 808-5591
```

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of July, 2005:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

```
                                            __/s/_____
                                            Lynn D. Wittenbrink
                                            Assistant Attorney General
```