# United States District Court
## District of Connecticut

FILED
2005 JUL 20 P 4: 21
U.S. DISTRICT COURT
BRIDGEPORT, CT

James McKinnon
  Plaintiff

vs.

Saundra Leak, ETAL
  Defendants

. Civil no. 3:02CV2068
. (CFD)(TPS)
. July 15, 2005
  Individual Capacity)

---

Plaintiff Motion in Response To Defendant Motion Dated July 7, 2005, for an Enlargment of Time To respond To Service of Amended Complaint, Defendants request 30'day's.

1. Plaintiff James McKinnon Pro, se Respectfully move This court To allow defendants request, at least 30'day's To respond.

2. Defendants Said in motion additional Time is requested To allow The undersigned Counsel To become familiar with matter and respond oppropriately.

Plaintiff
Byx /s/ Jam mcka
James McKinnon

## Certification

I hereby Certify That a Copy of The foregoing was mailed To The defendants attorney of record This 15Th Day of July, 2005

Defendants Individual Capacity
Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanaff
Helen Dorsey

Lynn D. Wittenbrink
Assistant attorney general
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By x James McKin
James McKinnon prose
Corrigan CorreTional
986, Norwich New London
Uncasville CT, 06382