United States District Court
District of Connecticut

FILED
2005 OCT 12 P 4: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
Plaintiff

v.

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey
Defendants

Civil no. 3:02CV 2068
(CFD) (TPS)

October 1, 2005

Individual Capacity

---

Plaintiff Motion for Settlement Conference

The Plaintiff, _James McKinnon_, Respectfully moves this court to Schedule a Settlement Conference in this matter.

The Plaintiff Feels That Settlement in this matter may well be enhanced by a formal Settlement Conference before this court, before Trial in this matter.

Respectfully Submitted
By: _James McKinnon_
James McKinnon prose

The plaintiff seeks damages from defendants in this civil action claiming that the defendants improperly breached privacy and confidentiality rights concering the plaintiff's medical information.

By: James McKinnon
James McKinnon pro se

## Certification

I hereby certify that a copy of the foreging was mailed to the defendants attorney of record this 1, Day of October, 2005

Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Lynn Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

By: James McKinnon
James McKinnon pro se
Corrigan Correctional
986, Norwich New London
Uncasville CT, 06382