United States District Court

District of Connecticut

| | |
|---|---|
| James McKinnon<br>Plaintiff<br><br>V.<br><br>Saundra Leak, ETAL<br>Sandi Orleman<br>Todd Bogdanoff<br>Helen Dorsey<br>Defendants Individual Capacity | Civil. no. 3:02CV2068<br>(CFD) (TPS)<br><br>September 30, 2005 |

FILED
2005 OCT 12 P 4: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Plaintiff Request For Entry of Default

To: Clerk of The Court for The United States District Court of Connecticut, will you please enter The default of defendants Saundra Leak, ETAL (Sandi Orleman)(Todd Bogdanoff)(Helen Dorsey), for failure to plead or otherwise defend as provided by The Federal Rules of Civil Procedure, as appears from The attached affidavit of James McKinnon.

Respectfully
By: James McKinnon
James McKinnon prose

# Certification

I hereby certify that a copy of the foreging was mailed to the defendants attorney of record this 30, day of September 2005
Defendants    Individual Capacity
Saundra Leak, ETAL
Sandi    Orleman
Todd    Bogdanoff
Helen    Dorsey

---

Lynn Wittenbrink
Assistant Attorney general
110, Sherman street
Hartford, CT
    06105

By x James McKinnon
James McKinnon prose
Corrigan Correctional
986, norwich New London
Uncasville CT, 06382