# Memorandum of Law  FILED

2005 OCT 12 P 4:12

6. Each defendant is required to serve an answer to plaintiff complaint within 60 days Rules 12(a), (1), a 12(a), 3, Fed. R. Civ. P.

7. Alternatively the defendants may elect not to file an answer, and may instead file one of the motions permitted under Rule 12. These include a motion to dismiss or for judment on the pleadings or Rule 56, Fed. R. Civ. P. Rule 56, governs motions for Summary judgment.

8. If the defendants files a motion that is not granted, he will generally be required to answer within ten days after the court decides the motion Rule 12(a), 4, Fed. R. Civ. P.

9. Default judgments may also be entered in extreme cases of refusal to comply with court rules or procedures. Please see, Wahl v. McIver 773, F. 2d 1169, 1174 (11Th Cir. 1985) Rule 37(b),(2),(C), Fed. R. C. P authorizing default judgment for certain discovery violations) Rule 16, F, Fed. R. Civ. P authorizing Rule 37(b),(2),C, Sanctions for violations of pretrial procedure requirements.

By James McKinnon
James McKinnon

# Memorandum of Law

10. A default can be entered against the defendants, who has been properly served. Please see, Feist v. Jefferson County Commission Court, 778 F.2d 250, 252 (5th Cir 1985) default judgment could not be granted without proper service.

11. Defendants who has failed to plead or otherwise defend as require. pleas see, Rule 55(a), Fed. R. Civ. P. a failure to file an answer within the time prescribed by law, to bring a motion raising a Rule 12(b) defense within that time, or request again an new extension of time to file an answer constitutes a failure to plead or otherwise defend.

12. In deciding whether a default judgment should be set aside, the court should consider whether the party obtaining the default would be prejudiced whether the defaulting party has meritorious defense, and whether the default resulted from the defaulting parties culpable or willful conduct. Please see, Benny v. Pipes, 799 F.2d 489 494 (9th Cir. 1986) guards who knowingly failed to answer the complaint were culpable default not vacated.

By: x James McK__
James McKinnon

# Memarandum of Law

13. Default judgments are not a favored request courts prefer to decide cases on exhibits and their merits. Please see, <u>Wahl V. McIver</u>, 773 F.2d at 1174 requiring exceptional circumstances to justify a Default judgment.

14. most important the plaintiff start off by trying to determine what facts are needed to prove the allegations of Default.

15. Plaintiff has defendants answer request for an extension of 30 day's that was received now defendants have fail to answer on time. otherwise defend. Exhibit "A" "B" "C".

By x James McK
James McKinnon pro se

Exhibit: A -
Jam McK

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2068(CFD) |
| v. | : | |
| SAUNDRA LEEK, ET AL. | : | JULY 7, 2005 |

**MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO FILE RESPONSIVE PLEADING**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, from the filing of the Second Amended Complaint within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. After the Court set a date for the defendants to file a response to the already Amended Complaint, the plaintiff seeks to amend his complaint yet another time. The Second Amended Complaint has not yet been filed. This is the first motion to extend the time to file a responsive pleading since the plaintiff sought to amend his complaint a second time.

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. The undersigned counsel was away during the month of June and will be out of the country in July.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
Saundra Leek, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Lynn D. Wittenbrink
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
E-Mail: lynn.wittenbrink@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of July, 2005:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

/s/ Lynn D. Wittenbrink
Lynn D. Wittenbrink
Assistant Attorney General

**Orders on Motions**

3:02-cv-02068-CFD McKinnon v. Leek, et al

*Exhibit 'B'*

*James McKinnon* (signature)

**U.S. District Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Corriette, M. entered on 6/21/2005 at 2:49 PM EDT and filed on 6/21/2005

**Case Name:**       McKinnon v. Leek, et al
**Case Number:**     3:02-cv-2068
**Filer:**
**Document Number:** 59

**Docket Text:**
PRISCS - Ordered Accordingly [58] Motion for Extension of Time to 7/13/05 to respond to [53] Amended Complaint . Signed by Clerk on 6/21/05. (Corriette, M.)

The following document(s) are associated with this transaction:

**3:02-cv-2068 Notice will be electronically mailed to:**

Lynn D. Wittenbrink    lynn.wittenbrink@po.state.ct.us,

**3:02-cv-2068 Notice will be delivered by other means to:**

James McKinnon
Inmate 100770
Corrigan Radgowski Correctional Center
986 Norwich New London Turnpike
Uncasville, CT 06382

## Orders on Motions
3:02-cv-02068-CFD McKinnon v. Leek, et al

Exhibit- C -

*[signature] James McK*

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Newcomb, P. entered on 7/21/2005 at 10:19 AM EDT and filed on 7/21/2005

**Case Number:** 3:02-cv-2068
**Filer:**
**Document Number:** 64

**Docket Text:**
NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting, absent objection, [63] Motion for Extension of Time of 30 days from the filing of the Second Amended Complaint to respond to [53] Amended Complaint. Signed by Judge Christopher F. Droney on 7/21/05. (Newcomb, P.)

The following document(s) are associated with this transaction:

**3:02-cv-2068 Notice will be electronically mailed to:**

Lynn D. Wittenbrink    lynn.wittenbrink@po.state.ct.us,

**3:02-cv-2068 Notice will be delivered by other means to:**

James McKinnon
Inmate 100770
Corrigan Radgowski Correctional Center
986 Norwich New London Turnpike
Uncasville, CT 06382