# Affidavit in Support of Request for Default Judgment

FILED
2005 OCT 12 P 4: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

State of Connecticut
County of Bridgeport    SS:

Plaintiff James McKinnon being duly sworn deposes and says:

1. I am the pro,se plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendants Saundra Leak, ETAL (Sandi Orleman)(Todd-Bogdanoff)(Helen Dorsey) is each defendant.

3. The default of the defendant's has been entered for failure to appear in this action.

4. The cast sought to be recovered have occurred in this action.

5. The defendants is not in the military service as shown.

James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville Connecticut
06382

Sworn to before me this 30, Day of September, 05
By James McK——
James McKinnon prose