UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

                                            PRISONER CASE NO.

   v.                                    3:02-cv-2068 (CFD) (TPS)

SAUNDRA LEAK, ET AL.

### RULING AND ORDER

On October 20, 2005, the court denied plaintiff's motion for leave to file a fifth amended complaint. Accordingly, the court issues the following scheduling order:

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendants shall file an answer or other reply to the fourth amended complaint [doc. # 53] within **20** days of the date of this order. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within four months (120 days) of the date of this order. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within five months (150 days) of the date of this order.

5. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

In light of the new scheduling order, the plaintiff's Motion

for Default [**doc. # 68**] for failure to plead is **DENIED**.

    **SO ORDERED** at Hartford, Connecticut, this 24th day of October, 2005.

                                                /s/ Thomas P. Smith
                                                Thomas P. Smith
                                                United States Magistrate Judge