# United States District Court
## District of Connecticut

**FILED**
2005 OCT 28 P 3:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
  Plaintiff

V.

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey
  Defendants

Civil No 3:02CV2068
(CFD) (TPS)
Defendants
Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey
  Individual Capacity

## Request For Entry of Default

To: Clerk of The Court for The District of Connecticut,

You will please enter The default of defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, for failure to plead or otherwise defend as provided by The Federal Rules of Civil Procedure, as appears from The attached affidavit of James McKinnon.

October 22, 2005
Plaintiff
By x /s/ Jams McKi____
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT
06382

# Affidavit for Entry of Default

State of Connecticut )
                     ) SS: 3:02CV2068
County of Bridgeport ) (CFD)(TPS)

**FILED**
2005 OCT 28 P 3:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff James McKinnon being duly sworn deposes and says:

1. I am the prose plaintiff in the above entitled matter.

2. The defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, was served with a copy of the Summons and complaint as appears from the proof of service on file.

3. The defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, has not filed or served an answer or taken other action as may be permitted by law although more than (101) days have passed since the date of Court Order for Extension of Time to respond to plaintiff (Doc 53) Amended Complaint Signed by clerk on June 21, 2005.

Plaintiff
By x /s/ James McK_____
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT.

Sworn to before me this 22, day of October, 2005

/s/ James McK_____
James McKinnon

## Certification

I Certify Though This attachmet That The Foregoing was mailed To The defendants ATTorney of record This 22, Day of October 2005.

Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orkman
Todd Bogdanoff
Helen Dorsey

Lynn D. Wittenbrink
Henri Alexandre
Assistant Attorney Generals
110, Sherman Street
HartFord Connecticut
   06105

Plaintiff
Byx James mck
James mcKinnon
Corrigan Correctional
986, Norwich NewLondon
Uncasville CT
   06382