OCT 28 2005

## Motion For Default Judgment    FILED

James McKinnon v. Saundra Leak et al  
303:CV2068

2005 NOV 28 PM 2:20
U.S. DISTRICT COURT
BRIDGEPORT CONN

Plaintiff James McKinnon moves The Court to enter a default judgment against defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey for $75,000.00. and states:

1. A default has been entered against defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey. For failure to answer or otherwise defend in the above entitled matter.

2. Defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey is not in the military service as shown by the attached affidavit.

October 22, 2005
Plaintiff
By x /s/ James McK
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT 06382

## Notice of Motion for Default Judgment

James McKinnon V. Saundra Leak ET AL

SS. 3:02.CV2068(CFD)(TPS)

To: Saundra Leak, Sandi Orleman, Todd Bogdonoff, Helen Dorsey.

Please take notice that plaintiff will make application to the court, at room _____ United States District Courthouse, 915, LaFayette Boulevard Bridgeport Connecticut, 06604, on the date at 10:00 A.M. or as soon thereafter as he may be heard or she for entry of a default judgment in favor of the plaintiff and against you for $75,000.00.

October 22, 2005
Plaintiff
By x /s/ James McK_____
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT, 06382

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 22, Day of October 2005 Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Lynn D. Wittenbrink
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
06105

By× /s/ James McKinner
James McKinner
Corrigan Corretional
986, Norwich new london
Uncasville, CT
06382