# Request For Entry of Default Judgment

OCT 2 8 2005

James McKinnon V. Saundra Leake, ET AL

To: Clerk of The Court

U.S. DISTRICT COURT
BRIDGEPORT, CT

2005 NOV 29 P 2:19

3:02CV2068 (CFD)(TPS)

Plaintiff James McKinnon requests that you enter Judgment in default based upon the attached Affidavit against defendants Saundra Leak, Sandi-Orleman, Todd Bogdanoff, Helen Dorsey in the above entitled matter for $75,000.00 plus interest at the rate of 95% and costs.

October 22, 2005
Plaintiff
By× James McK_____
James McKinnon pro se
Corrigan Correctional
986 Norwich New London
Uncasville CT
  06382

# Affidavit In Support of Request for Default Judgment

James McKinnon V. Saundra Leak ET AL

State of Connecticut

County of Bridgeport   SS: 3:02CV 2068 (CFD)(TPS)

FILED 2005 NOV 29 P 2:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff James McKinnon being duly sworn, deposes and says:

1. I am the prose plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, is $75,000.00.

3. The default of the defendants has been entered for failure to appear in this action permitted by this court, Although more than (101) days have passed since the date of court order for Extension of Time to respond to plaintiff (Doc-53) Amended Complaint Signed by Clerk on June-21, 2005.

4. The amount listed above is due and owing and no part has been paid.

5. The costs sought to be recovered have occurred in this action.

6. That the defendants is not in the military service as shown by the attached affidavit. By x James McKinnon / James McKinnon

Sworn to before me this 22, day of 2005

James McKinnon / James McKinnon

# Affidavit As To Military Service

James McKinnon v. Saundra Leak, et al.

STATE OF CONNECTICUT )
                     ) SS: 3:02CV2068
COUNTY OF BRIDGEPORT )
                        (CFD) (TPS)

James McKinnon, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements of the Soldiers and Sailors Civil Relief Act, 50 U.S.C..

2. The defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, has worked at the Garner Correctional Facility since plaintiff was first incarcerated in June 6, 2001.

3. Based on that fact, the plaintiff is convinced that defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, is not in the military service of the United States.

Plaintiff
By: /s/ James McKinnon
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville CT 06382

Sworn To before this
22, day of October, 2005

/s/ James McKinnon
James McKinnon

### Judgment    SS: 3:02CV2068(CFD)(TPS)

James McKinnon v. Saundra Leak, ETAL

Defendants Saundra Leak, Sandi Orleman, Todd Bogdanoff, Helen Dorsey, having failed to plead or otherwise defend in this action and defendants default having been entered,

Now upon application of the plaintiff and upon affidavit that defendants indebted to plaintiff in the sum of $75,000.00. That defendants has been defaulted for failure to appear and that the defendants is not an infant or incompetent person, and is not in the military service of the United States it is hereby,

Ordered Adjudged And Decreed That plaintiff recover the sum of $75,000.00.

_____
Clerk

Dated: _____

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 22, Day of October 2005 Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Lynn D. Wittenbrink
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
            06105

By x /s/ Jam McK
James McKinnon
Corrigan Correctional
986 Norwich new london
Uncasville, CT
        06382