United States District Court

District of Connecticut

FILED
2005 DEC 20 P 4: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
   Plaintiff

V.

Saundra Leak, ET AL
Defendants

Civil No, 3:02CV2068
(CFD) (TPS)

December 10, 2005

Individual Capacity

Plaintiff Motion Regarding Settlement that Has obviate the need for further Litigation.

Plaintiff respectfully reported to this court with closing papers that the cases are in fact settled.

Plaintiff motion is to respectfully thank this Honarable court for all reasonable steps within power to ensure federal Rules of Civil Procedures.

                                   By: /s/ James McK——
                                   James McKinnon pro se

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 10Th Day of December 2005 Defendants Individual Capacity

Saundra Leak, ETAL
Sandi Orleman
Todd Bogdanoff
Helen Dorsey

Lynn Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
        06105

                    Plaintiff
                    By x James McK_____
                    James McKinnon
                    Corrigan Correctional
                    986, Norwich New London
                    Uncasville Connecticut
                            06382