UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2068(CFD) |
| v. | : | |
| SAUNDRA LEEK, ET AL. | : | DECEMBER 5, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties hereby stipulate to the dismissal of this matter with prejudice and without and award of costs.

>DEFENDANTS
>Saundra Leek, Et Al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY: _____
>Lynn D. Wittenbrink
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT 06105
>Federal Bar #ct08575
>E-Mail: lynn.wittenbrink@po.state.ct.us
>Tel.: (860) 808-5450
>Fax: (860) 808-5591
>
>_____
>PLAINTIFF
>James McKinnon, Inmate #100770
>Corrigan-Radgowski Correctional Center
>986 Norwich-New London Turnpike
>Uncasville, CT 06382

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of December, 2005:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

_____
Lynn D. Wittenbrink
Assistant Attorney General