UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


JAMES MCKINNON,
          Plaintiff,



V.                                    CIV. NO. 3:02-CV-02068 (CFD)


SAUNDRA LEEK, ET AL.,
          Defendants.

WRIT OF HABEAS CORPUS

TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:

By authority of the United States of America, you are hereby commanded to bring **James McKinnon**, inmate no. 100770, who is now confined at Corrigan Radgowski Correctional Center, 986 Norwich-New London Turnpike, Uncasville, CT 06382, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 13th day of April, 2006, at 10:00 a.m., to participate in a settlement conference in a civil matter pending before this court.

Dated at Hartford, Connecticut, this 3rd day of February, 2006.


                              BY ORDER OF THE COURT


                              /s/ Thomas P. Smith
                              THOMAS P. SMITH
                              UNITED STATES MAGISTRATE JUDGE