UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**JAMES MCKINNON,**
    **Plaintiff,**

**V.**                                            **CIV. NO. 3:02-CV-02068 (CFD)**

**SAUNDRA LEEK, ET AL.,**
    **Defendants.**

## NOTICE: VACATING WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:**

Notice is given that the undersigned has vacated the writ of *habeas corpus ad testificandum* **[Dkt. #81]** issued on February 3, 2006 commanding the appearance of James McKinnon, inmate no. 100770, who is now confined at Robinson Correctional Institution, 285 Shaker Road, Enfield, CT 06082.  The settlement conference for which the prisoner was commanded to attend has been canceled with no new date to be set.

Dated at Hartford, Connecticut, this 27th day of February, 2006.

                                          **BY ORDER OF THE COURT**

                                          **/s/ Thomas P. Smith**
                                          **THOMAS P. SMITH**
                                          **UNITED STATES MAGISTRATE JUDGE**