RICHARD BLUMENTHAL
ATTORNEY GENERAL

**FILED**
2006 MAR -6 A 10:50
U.S. DISTRICT COURT
BRIDGEPORT CONN



Feb 27, 2006

bd

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Tel: (860) 808-5450
Fax: (860) 808-5591

Office of The Attorney General
## State of Connecticut

February 24, 2006

Chambers of Honorable Thomas P. Smith
U.S. District Court – District of CT
450 Main Street
Hartford, CT 06103

Clerk of the Court
U.S. District Court – District of CT
915 Lafayette Boulevard
Bridgeport, CT 06604

Cynthia Earle, Staff Attorney
U.S. District of CT
915 Lafayette Boulevard
Bridgeport, CT 06604

✓ Clerk of the Court
U.S. District Court – District of CT
450 Main Street
Hartford, CT 06103

Re:   **James McKinnon vs. Leek, et al.**
      No. 3:02CV2068(CFD)
      Inmate No. 100770

Dear Judge Smith, Attorney Earl and Clerks of the Court:

Please note the enclosed letter from Inmate James McKinnon acknowledging that the above-captioned matter is fully resolved and that the April 13, 2006 Conference is no longer necessary.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

cc:   James McKinnon, Inmate No. 100770
      Corrigan-Radgowski Correctional Center
      986 Norwich-New London Turnpike
      Uncasville, CT 06382

      Henri Alexandre, Assistant Attorney General
      Department Head - Office of the Attorney General
      Public Safety Department
      110 Sherman Street
      Hartford, CT 06105

Enclosure

# Office of the Attorney General
# State of Connecticut

| | |
|---|---|
| To: Ms. Lynn D. Wittenbrink<br>Mr. Henri Alexandre<br>Assistant Attorney General's<br>Federal Bar No. ct 25247<br>110, Sherman Street<br>Hartford Connecticut<br>06105<br><br>From: James McKinnon<br>Inmate #100770<br>Carl Robinson Correctional<br>285, Shaker Road<br>Enfield Connecticut<br>06082 | Prisoner<br>Civil No. 3:02CV2068<br><br>(CFD) (TPS)<br><br>Defendants<br>Saundra Leak, ETAL<br>Sandi Orleman<br>Todd Bogdanoff<br>Helen Dorsey<br><br>February    , 2006 |

Dear, Ms. Wittenbrink also Mr. Alexandre this is to acknowledge my receipt of your letter dated February 16, 2006

I am writing you out of good faith concering my agreement that I have inform the court that the negotiations was well, And to dismiss the rescheduled Settlement Conference for 4/13/2006, Case number McKinnon V. Leak, ETAL, 3:02-CV-2068

FEB 2 3 2006

By× *James McKinnon*
James McKinnon prose

1 of 4

To: ms. Wittenbrink & Mr. Henri Alexandre

I am also willing to resolve my other complaints that's now pending against Doc.

McKinnon v. Michael Lajoie; ET AL
Docket Number CV-05-5000376S

Also I have this one in United States District Court New Haven Connecticut Docket Number 06CV147.

I am writing you out of good faith and I am willing to settle them outside of A settlement Conference for total of $2000.00

Plus the outstanding court fees in United States District Court in Bridgeport Connecticut

By x *James McK[signature]*
James McKinnon pro,

2 of 4

U.S. District Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Michael, E. entered on 2/3/2006 at 2:45 PM EST and filed on 2/3/2006
**Case Name:**         McKinnon v. Leek, et al
**Case Number:**     3:02-cv-2068
**Filer:**
**WARNING: CASE CLOSED on 12/29/2005**
**Document Number:** 80

**Docket Text:**
NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. The Settlement Conference set for 2/23/2006 is cancelled. Settlement Conference rescheduled for 4/13/2006 10:00 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Thomas P. Smith. (Michael, E.)

The following document(s) are associated with this transaction:

**3:02-cv-2068 Notice will be electronically mailed to:**

Lynn D. Wittenbrink    lynn.wittenbrink@po.state.ct.us,

**3:02-cv-2068 Notice will be delivered by other means to:**

James McKinnon
Inmate 100770
Corrigan Radgowski Correctional Center
986 Norwich New London Turnpike
Uncasville, CT 06382

3 of 4

https://ecf.ctd.circ2.dcn/cgi-bin/DisplayReceipt.pl?4476609174081617-L_521_0-1          2/6/2006

Please phone me at my counselor office 6-B-154

4 of 4

Have A Bless Day

From: James McKinnon pro se
Inmate #100770
Carl Robinson Correctional
285, Shaker Road
Enfield Connecticut

Legal Mail
February 21, 2006

HARTFORD CT
22 FEB 2005 PM

To: mr. Henri Alexandre
Assistant Attorney General's
110, Sherman Street
Hartford Connecticut
06105

THIS CORRESPONDENCE On,
FROM AN INMATE AT A
CONNECTICUT CORRECTION L FA\
06105+2287 C024